**Criminal Case Cover Sheet**  U.S. District Court - District of Massachusetts

| | | |
|---|---|---|
| **Place of Offense:** | Category No. __II__ | Investigating Agency __FBI__ |
| **City** __NATICK__ | **Related Case Information:** | |
| **County** __MIDDLESEX__ | Superseding Ind./ Inf. _____ | Case No. _____ |
| | Same Defendant _____ | New Defendant __X__ |
| | Magistrate Judge Case Number | __19-MJ-2438 to 2441 (MBB)__ |
| | Search Warrant Case Number _____ | |
| | R 20/R 40 from District of _____ | |

**Defendant Information:**

Defendant Name __BRIAN GILBERT__  Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name _____

Address (City & State) __SAN JOSE, CA__

Birth date (Yr only): __1968__  SSN (last4#): __1410__  Sex __M__  Race: __W__  Nationality: __USA__

**Defense Counsel if known:** __MIRANDA KANE, ESQ.__  Address __803 HEARST AVENUE__

**Bar Number** _____  __BERKELEY, CA 94710__

**U.S. Attorney Information:**

AUSA __SETH B. KOSTO/DAVID J. D'ADDIO__  Bar Number if applicable _____

**Interpreter:** ☐ Yes ☑ No  List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC §3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☑ Yes ☐ No

☐ Warrant Requested  ☐ Regular Process  ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____ ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:** ☐ Complaint  ☑ Information  ☐ Indictment

**Total # of Counts:** ☐ Petty — ☐ Misdemeanor — ☑ Felony __2__

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 05/22/2020  Signature of AUSA: _(signed)_

JS 45  (5/97)   (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   BRIAN GILBERT

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 USC 371 | CYBERSTALKING CONSPIRACY | 1 |
| Set 2 | 18 USC 371 | WITNESS TAMPERING CONSPIRACY | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____