**Criminal Case Cover Sheet**  **U.S. District Court - District of Massachusetts**

**Place of Offense:**    **Category No.** II    **Investigating Agency** FBI

**City** NATICK    **Related Case Information:**

**County** MIDDLESEX

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant  x
Magistrate Judge Case Number  19-MJ-2438 to 2441 (MBB)
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: STEPHANIE POPP    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: (City & State) SAN JOSE, CA

Birth date (Yr only): 1987   SSN (last4#): 6184   Sex: w   Race: W   Nationality: USA

**Defense Counsel if known:** ADAM BOOKBINDER, ESQ.   Address: 10 ST. JAMES AVENUE, 11TH FLOOR

**Bar Number** _____    BOSTON, MA 02110

**U.S. Attorney Information:**

**AUSA** SETH B. KOSTO/DAVID J. D'ADDIO    Bar Number if applicable _____

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☑ Yes ☐ No

☐ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint   ☑ Information   ☐ Indictment

**Total # of Counts:** ☐ Petty   ☐ Misdemeanor   ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 05/22/2020    Signature of AUSA: *[signature]*

JS 45  (5/97)   (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   STEPHANIE POPP _____

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 USC 371 | CYBERSTALKING CONSPIRACY | 1 |
| Set 2 | 18 USC 371 | WITNESS TAMPERING CONSPIRACY | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

JS 45  (5/97)   (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013