UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal No. 20- cr-10098 |
| BRIAN GILBERT, STEPHANIE POPP, STEPHANIE STOCKWELL, and VERONICA ZEA, | ) ) ) ) ) | |
| Defendants | ) ) | |

## GOVERNMENT'S MOTION TO SEAL INFORMATION

Pursuant to Fed. R. Crim. P. 6(e)(4), the United States of America hereby moves this Court to direct that the Information and all related paperwork in the above matter be sealed. As grounds for this Motion, the undersigned submits that the Information charges two conspiracies, and that other members of those conspiracies are expected to be arrested on criminal complaints in the near future. The public dissemination of the fact of the Information before then would interfere with agents' efforts to safely arrest the coconspirators not charged in the Information.

The United States further moves, pursuant to General Order 06-05, that the United States Attorney, through undersigned counsel, be provided copies of all sealed documents that the United States has filed in this matter.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By: _____
DAVID J. D'ADDIO
SETH B. KOSTO
Assistant U.S. Attorneys

Date: May 22, 2020