UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 20-10098-WGY |
| | ) |
| BRIAN GILBERT, | ) |
| STEPHANIE POPP, | ) UNDER SEAL |
| STEPHANIE STOCKWELL, and | ) |
| VERONICA ZEA, | ) |
| | ) |
| Defendants | ) |

GOVERNMENT'S MOTION TO UNSEAL

The United States of America hereby moves this Court to unseal the above-captioned matter upon the arrest of either James Baugh or David Harville, both of whom are co-conspirators separately charged by complaint in *United States v. James Baugh and David Harville*, 20-MJ-2398-(MBB) (sealed). Arrests of these two individuals is likely to occur on the morning of June 15, 2020.

As grounds for the request, the United States submits that upon the arrest of either Baugh or Harville, there will be no further need to seal the existence of the above-captioned matter.

The United States further moves, pursuant to General Order 06-05, that the United States Attorney, through undersigned counsel, be provided copies of all sealed documents that the United States has filed in this matter.

    Respectfully submitted,

    ANDREW E. LELLING
    United States Attorney

    By: /s/ *David J. D'Addio*
        DAVID J. D'ADDIO
        SETH B. KOSTO
        Assistant U.S. Attorneys

Date: June 12, 2020