UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, </br></br>v. </br></br>BRIAN GILBERT, STEPHANIE POPP, STEPHANIE STOCKWELL and VERONICA ZEA </br></br>Defendants | ) </br> ) </br> ) </br> ) </br> ) No. 20-CR-10098-WGY </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of Defendant Veronica Zea.

Dated: September 10, 2020

Respectfully submitted,

**VERONICA ZEA,**

By her attorney,

*/s/ Kristen Schuler Scammon*
Kristen Schuler Scammon (BBO #634586)
TORRES, SCAMMON, HINCKS & DAY, LLP
35 India St.
Boston, MA 02110
T: (617) 307-4426
E: kscammon@tshdlegal.com

## Certificate of Service

I hereby certify that on this 10th day of September, 2020, this document was filed through the Court's ECF system and will therefore be sent electronically to the registered participants identified in the Notice of Electronic Filing.

*/s/ Kristen Schuler Scammon*
Kristen Schuler Scammon