# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> BRIAN GILBERT, STEPHANIE POPP, STEPHANIE STOCKWELL and VERONICA ZEA <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) No. 20-CR-10098-WGY <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**CERTIFICATION OF FRANK R. UBHAUS, ESQUIRE IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE***

I, Frank R. Ubhaus, Esq., do hereby state and depose as follows:

1. I am an attorney licensed to practice in the State of California and I am currently an "of counsel" to the Law Firm Berliner Cohen, LLP located at 10 Almaden Boulevard, 11th Floor, San Jose, California 95113.

2. I have been retained by Defendant Veronica Zea ("Defendant Zea") to represent her in addition to Kristen Schuler Scammon, Esq., who has previously appeared for Defendant Zea in this action.

3. Pursuant to Local Rule 83.5.3 I make the within certification in support of Kristen Schuler Scammon, Esq.'s motion on behalf of Defendant Zea for me to appear before this Honorable Court *pro hac vice*.

4. I am admitted as a member in good standing with the California State Bar Association and admitted to practice in the State of California and the United States District Court for the Northern District of California, the United States Court of Appeal for the Ninth Circuit and the

United States Supreme Court. I have been admitted to practice in connection with matters litigated in the United States District Courts in Hawaii, Utah, Georgia, Florida, Illinois, New York, Ohio, Oregon, and Maryland among others.

5. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

6. I have not previously appeared in the United States District Court for the District of Massachusetts.

7. I have read the Local Rules of the United States District Court for the District of Massachusetts with which I will comply.

Signed under the pains and penalties of perjury this 11th day of September, 2020.

_____
Frank R. Ubhaus, Esq.
BERLINER COHEN, LLP
TEN ALMADEN BOULEVARD
ELEVENTH FLOOR
SAN JOSE, CALIFORNIA 95113-2233
Tel: (408) 286-5800
Fax: (408) 998-5388
Email: frank.ubhaus@berliner.com