AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 20-CR-10098-WGY |
| BRIAN GILBERT, STEPHANIE POPP, STEPHANIE STOCKWELL and VERONICA ZEA | ) ) ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 09/25/2020

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Frank R. Ubhaus
*Printed name of defendant's attorney*

/s/ William G. Young
*Judge's signature*

Honorable William G. Young, USDJ
*Judge's printed name and title*