UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>v.<br><br>BRIAN GILBERT,<br><br>        Defendant. | CASE NO. 1:20-CR-10098-WGY |

**NOTICE OF CHANGE OF FIRM ASSOCIATION**

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that effective January 1, 2021, the undersigned counsel for Defendant Brian Gilbert hereby provides notice that Miranda Kane is no longer affiliated with Kane+Kimball LLP. Miranda Kane is now affiliated with the law firm of Conrad | Metlitzky | Kane LLP. The docket should be updated to reflect that her new contact information is as follows:

    Miranda Kane
**CONRAD | METLITZKY | KANE LLP**
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone: (415) 343-7100
Facsimile: (415) 343-7101
Email: mkane@conmetkane.com

DATED: February 11, 2021			Respectfully submitted,

**CONRAD | METLITZKY | KANE LLP**

_/s/ Miranda Kane_
MIRANDA KANE
Attorney for Defendant Brian Gilbert

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-participants on January 18, 2021.

_____
MIRANDA KANE