UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 20-CR-10098-WGY |
| BRIAN GILBERT, STEPHANIE POPP, | ) | |
| STEPHANIE STOCKWELL and | ) | |
| VERONICA ZEA | ) | |
| | ) | |
| Defendants | ) | |

## ASSENTED TO MOTION TO CONTINUE SENTENCING OF DEFENDANT VERONICA ZEA

The Defendant, Veronica Zea, respectfully moves this Court to continue the sentencing date for Defendant Zea from October 11, 2022 to November 3, 2022 at a time convenient for the Court. As grounds for this motion, the Defendant states as follows:

1. Defendant's counsel, Frank R. Ubhaus, is currently engaged in trial in San Benito County, California; that trial was recessed due to the unavailability of court rooms in the San Benito courthouse and was continued to the week of October 10, 2022 as the only week that the court in San Benito could make available.

2. The sentencing of Co-Defendant, Brian Gilbert, is also scheduled for November 3, 2022 and the Government has stated that it does not want to inconvenience the victims in this case by requiring multiple appearances.

//

//

1

3. Counsel for the Government has consented to the continuance on behalf of the United States.

Respectfully submitted,

**FRANK R. UBHAUS,**

September 19, 2022

*/s/ Frank R. Ubhaus*
Frank R. Ubhaus, Esq.
BERLINER COHEN, LLP
TEN ALMADEN BOULEVARD
ELEVENTH FLOOR
SAN JOSE, CALIFORNIA 95113-2233
Tel: (408) 286-5800
Fax: (408) 998-5388
Email: frank.ubhaus@berliner.com

## Certificate of Service

I hereby certify that on this 19th day of September, 2022, this document was filed through the Court's ECF system and will therefore be sent electronically to the registered participants identified in the Notice of Electronic Filing.

*/s/ Frank R. Ubhaus*
Frank R. Ubhaus

4876-6977-2596v2
FRU\27742001