UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> BRIAN GILBERT, STEPHANIE POPP, STEPHANIE STOCKWELL and VERONICA ZEA <br><br> Defendants | ) <br> ) <br> ) <br> )    No. 20-CR-10098-WGY <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ASSENTED TO MOTION TO FILE UNDER SEAL

The Defendant, Veronica Zea, respectfully moves this Court for an Order allowing her to file under seal the Confidential Psychological Report prepared by Uplife Psychology Group. As grounds for this motion, the Defendant states as follows: the Confidential Report contains private and confidential information regarding the Defendant's mental health which should not be made available to the public.

Respectfully submitted,

**FRANK R. UBHAUS**

*/s/ Frank R. Ubhaus*
Frank R. Ubhaus, Esq.
BERLINER COHEN, LLP
TEN ALMADEN BOULEVARD
ELEVENTH FLOOR
SAN JOSE, CALIFORNIA 95113-2233
Tel: (408) 286-5800
Fax: (408) 998-5388

October 19, 2022      Email: frank.ubhaus@berliner.com

1

**Certificate of Service**

      I hereby certify that on this 19th day of October, 2022, this document was filed through the Court's ECF system and will therefore be sent electronically to the registered participants identified in the Notice of Electronic Filing.

                                                        */s/ Frank R. Ubhaus*
                                                        Frank R. Ubhaus

4863-1699-3335v2
FRU\27742001