# EXHIBIT C

**Honorable William G. Young**
**United States District Judge for the District of Massachusetts.**

Dear Judge Young,

My name is Rylie Zea and I am Veronica (Ronnie) Zea's younger sister. I have known her for all 23 years of my life and consider us to be very close. When this event occurred I was in college at Cal Poly San Luis Obispo pursuing a degree in education to teach high school history. I am currently living at home with Veronica and our parents.

I first would like to thank you for taking the time to address the concerns of those of us closest to Veronica. I know that we all appreciate the opportunity to express our perspectives on Veronica's character and background.

I think that many of Veronica's experiences in childhood have shaped her into the person she is today. As a child Veronica needed attention and affection from our parents almost constantly. She needed reassurance and love to feel sure of herself in most situations. This went so far that Veronica needed someone to be in bed with her as she fell asleep into her middle school years. I watched her go through different therapists and psychiatrists, oftentimes sitting in the waiting room with my mother, until we finally found the right one in Veronica's high school years. This psychiatrist is still treating her today and enlightened us to the root of many of Veronica's challenges. She struggled in school due to her undiagnosed ADHD which further hurt her self-esteem. She has feared authority due in part to the harshness of her teachers and coaches that did not understand her learning disability. She has struggled her entire life with anxiety and depression. She had night terrors as a small child and extreme separation anxiety into high school. When she was young Veronica refused food for nearly a week out of fear of choking. There was a period of time where Veronica would not leave the house because she deeply feared being caught in a tornado (We lived in San Jose, CA). Despite all of the challenges Veronica has faced in her childhood and young adulthood, she has become an undeniably kind, compassionate, and thoughtful individual. She is bubbly and funny to everyone she meets. She has an unconditional love of animals and spends her time baking and cross stitching. She still struggles with anxiety, depression and ADHD, and I know that it still hurts her self-esteem and self-assuredness. It truly felt that she was finally beginning to love herself before all of this happened.

When she started at eBay her only previous work experience was as a babysitter and a ride operator at our local amusement park Great America (operating a roller coaster she was too anxious to go on herself). She had not held a job since high school when she began at eBay at the age of 22. She had recently had a very serious surgery on her knee and leg, and the recovery took an extreme toll on her ability to move and care for herself. Her self-esteem was at an extreme low. She worked challenging hours in the beginning, often handling difficult situations alone. She coordinated the extraction of eBay employees from Las Vegas during the 2017 mass shooting while watching the events live on television. She still has nightmares about this. During her short time at eBay, Veronica missed two of my birthdays and often worked on

holidays. She felt incredible pressure to perform the entire time she was working there, constantly feeling that she had to prove herself as she watched dozens of her colleagues lose their jobs. Her time at eBay was her first professional experience and she felt that the office culture she was experiencing was the norm. Veronica got wrapped up in a professional environment that she was unable to recognize as abnormal due to her lack of experience.

In my opinion Veronica has very good character, I never questioned her character even when she told our family what she had been involved in and that she was being charged with a felony. I knew that she would never have done anything of that nature without some form of outside pressure. She is incredibly honest, more honest than most people can be with themselves. Even while experiencing the deep shame and guilt she has felt throughout this she has been open with everyone about what happened and her role in things. Veronica has always had strong integrity and a loyalty to doing the right thing. Her character is so strong that it often made it difficult for me growing up because I constantly felt inferior to her in my own character. Veronica sees the best in people, and her integrity was challenged in the environment of eBay's security office. Veronica is highly empathetic. She has always been a very caring individual, and often spends more time worrying about others than herself. Veronica has always been there for me personally, helping me through my own dark times while her world is changing so drastically. She knows pain herself and can therefore recognize when others are in pain. She spends more time worrying about how this particular situation will harm her friends and family than the impact it will have on her own life. She has voiced that she is afraid this ruling will impact my future career as a teacher negatively, and often speaks about how this will impact our family name more than her own personal life. She consistently discusses the remorse she feels about causing any harm to those impacted by the actions of eBay's security team.

As I have said, Veronica is an incredibly caring person. In high school she was a part of the Leo club which focused on community service. She always loved helping people through this club and I remember it being one of her favorite parts of school. She has volunteered at the local Fish Derby a number of times, helping individuals with disabilities learn how to fish. These events were always something she would be excited about, even days afterward. For many years she participated in Toys for Tots, carefully picking out and buying toys for underprivileged children. Even when she is struggling to make ends meet she always prioritizes making donations to various organizations. Her day to day life is filled with good deeds and small actions that help others. One of my favorite memories is when Veronica found a small stuffed animal teddy bear on the ground in our neighborhood. She proceeded to bring it home and clean off the dirt and leaves that had stuck to it. She then printed found posters with photos of the little bear around the school with her information provided so that the individual could reach her to reconnect with their lost bear. It is small acts like this that truly make up Veronica's character.

This entire situation has impacted Veronica's life in a devastating way. I have watched my sister in enormous pain over the past year. She has spent months doubting her own moral character. Some days she just apologizes to us all over and over again. She feels such remorse knowing that she caused the couple in Boston any pain. When the holidays rolled around I was

consistently asking her what she wanted for Christmas, she always responded that she didn't deserve anything. She often tells me that she feels she is a bad person. Furthermore, her relationship with her boyfriend of 8 years is collapsing. He has voiced that she has ruined not only her life, but his life as well. Veronica will never forgive herself for the toll this is taking on him. She has told me that they plan to break up after her sentencing, something I never thought would happen. Before this happened, she had been saving to go back to school and get a graduate degree, she has now spent all of that money on legal fees and does not think any school would accept her. She has apologized to my parents for wasting their money on an undergraduate degree because she feels that she will never hold a job again. She had started renting an apartment in 2018 but never actually lived in it because she was too anxious to be away from our family. She has an extremely hard time leaving the house alone and most weeks doesn't leave the house at all.

Veronica is trying to get back on her feet. Veronica is paying out of pocket for a therapist who is helping her with her diagnosed PTSD and depression. She goes to her therapist every Thursday for eye movement desensitization and reprocessing therapy to relieve some of her psychological stress caused by PTSD. She has been applying to jobs and seeking out volunteer opportunities. She enjoys cooking for our family and making gifts for her friends. Most days are rough, but she is doing her best to stay healthy and better herself.

Veronica has felt the weight of what she has done since the day it happened. When she pled guilty in October 2020, she had already been feeling that guilt for a long time. I have watched her struggle to be herself on a day to day basis. My sister's life has truly been changed forever by the guilt she feels. If Veronica is made to serve time because of what she has done, I fully believe it would break her entirely. I fear that her mental health will suffer so greatly that she will never be able to live a positive life again. The pain she experienced while working at eBay and over the past year and a half have taken such a toll on her mental health that she has already been living out her sentence on a day to day basis. I know that the prosecution is seeking time in prison, but I am begging you, please do not put my sister in the system.

I thank you again for your consideration.

Rylie Zea