# EXHIBIT D

Honorable William G. Young, United States District Judge for the District of I

Dear Judge Young,

My name is Annelise Boyle, and I am writing on behalf of Ms. Veronica Zea. I have known Veronica for almost 10 years, as she has been in a stable, loving relationship with my brother, Michael Boyle, for those many years. It has truly been my pleasure to get to know Veronica over the last decade, and I have come to know her as an extremely kind, compassionate person with the utmost integrity. Throughout these 10 years, I have come to feel that Veronica is a part of our family, and have witnessed her unwavering support for my brother. She has established positive relationships with each of our family members, including myself. I have trust in Veronica and feel that she has proven herself to be loyal, supportive, and kind throughout these years, simply by being herself. For example, she has a gentle, caring nature that extends not only to other humans around her, but also to her interactions with animals, making them feel at ease around her. She has cared for our pets and home while we were away during family vacations, and we even had so much trust that she would provide the highest quality of care for our beloved, sickly dog, Abbie, while we were away on vacation in the winter of 2014. At the time, Abbie was nearing the end of her life and had various, very serious health issues, making caring for her a difficult task. However, Veronica cared for her with patience and care while we were away, making us feel at ease that our furry family member would feel safe and loved during our trip, despite her ailing health. I include this example as a testament to not only Veronica's kindness, but to display our trust in her.

As I have seen, Veronica was an devoted student who prioritized her education and worked hard during her time at Cupertino High School, as well as during college at American University in Washington D.C.. While in high school, Veronica was a snack shack volunteer at Cupertino High School sporting events alongside my mother, Nancy Boyle. Additionally, while in high school, Veronica was a member of the Leo Club and Tino Cancer Society. Furthermore, she was a frequent volunteer with Operation Care and Comfort and Sunday Friends. With Operation Care and Comfort, she worked to help send care packages to soldiers, and with Sunday Friends she assisted in providing aid to homeless children and single mothers in our community. I think Veronica's volunteer work with these organizations is a true testament to her character. She cares deeply for not only the people she is closest to in her life, but for the greater community, and strives to do her part to improve the lives of those around her and show compassion to those experiencing life's greatest difficulties. Through life's changes and since leaving school, Veronica continues these efforts as she donates to charitable causes and is a frequent blood donor.

I am aware that Veronica has plead guilty to the charges of conspiracy to commit cyberstalking and conspiracy to obstruct justice. In conversations I have had with Veronica, it has become clear to me that Veronica is extremely regretful of this series of events, and has acknowledged and taken responsibility for her part of this very unfortunate situation. I have witnessed Veronica explain her desire to be honest and cooperative with the court and the authorities throughout these proceedings, and have no doubt that she has maintained her truthful, empathetic character while facing these charges. Furthermore, in conversations with her, I have seen the incredible

impact these charges have had on her. I know that Veronica is extremely upset about these unfortunate events – I can say with the utmost confidence that Veronica is not a person who would purposefully hurt someone else, and she takes responsibility for her part and actions. She has a great deal of empathy for others, and she has taken on pain and hurt due to the hurt that has been done to others as a result of this situation.

When sentencing Veronica, please do take into consideration her strong character, past record of charitable acts done to benefit the lives of others, and the great deal of emotional impact she has experienced as a result of these charges. It is my strong belief that Veronica as an individual and the greater community as a whole would not benefit from harsh sentencing in this case, and that Veronica will continue to do all she can to maintain and further grow her immense and positive character in the years to come.

Most sincerely,

*Ann M Boyle*

Annelise Boyle

January 23, 2021