# EXHIBIT E

September 7, 2022

Honorable William G. Young,
United States District Judge for the District of Massachusetts

Dear Judge Young,

I am writing on behalf of my friend Ms. Veronica Zea of Cupertino, California, regarding her upcoming sentencing in your court. Ms. Zea previously pled guilty to conspiracy to commit cyberstalking and conspiracy to obstruct justice as part of the eBay cyberstalking case. As you review Ms. Zea's sentencing options, I would like to speak to the many positive and admirable qualities of her character.

I have known Ms. Zea for over ten years now, as she is my brother Michael Boyle's long-term and first/only girlfriend. Veronica has become a member of our family at this point and an unofficial aunt to my young 18-month son, Beau. I've spent time with her both in the Washington, DC area (where she earned her undergraduate degree at American University) and the Bay Area (where she grew up and now resides with her parents). Most recently, I spent some time catching up with Veronica and my brother when my husband, son, and I were visiting my parents in Cupertino, CA for Christmas from late December 2021 until early January 2022. Prior to that, Veronica and Michael visited me at my previous home in Alexandria, VA in November 2021 to attend my son's baptism.

My family and I were completely shocked and incredulous when Veronica and my brother told us back in 2020 about the FBI's case against Veronica for her involvement in her boss' cyberstalking campaign. Candidly, this was far more inexplicable and surprising to me than the beginning of the COVID-19 global pandemic. I am still shocked and don't understand how Veronica became involved in this, as it completely does not correlate with the loyal, kind, empathetic, honest, and caring young woman that I've known over the past ten years.

From what I've observed and from my time with her, Veronica has always been a very dedicated daughter, friend, and girlfriend. She's been steadfast in her support of my family through both good and hard times. Veronica was happy to provide a shoulder to lean on and a compassionate confidant when members of my family were struggling with mental illness issues. She was a tremendous help in the days leading up to and day of my wedding, spending hours assisting with set-up and clean-up activities at my wedding venue in Alexandria, VA. Veronica provided a much-needed breath of calm during my wedding day that I much appreciated and in general is very poised and serene. Most recently, Veronica kindly babysat my young son for several days during her visit in November 2021, when my husband and I were in sudden need of childcare. Beau enjoyed spending time, singing songs, and playing with his "Aunt Ronnie" and I've previously seen and heard of the kind way in which Veronica interacts with the more vulnerable, from young children to the elderly to animals.

This unfortunate cyberstalking incident with eBay has shaken Veronica to the core. She has been forever shaped by her role in this case and I've seen how her demeanor has changed as she's grieved that her actions, however misled and believed innocuous, hurt the Steiners. Since the case broke, Veronica has aspired to do what she can to set things right and own up to her mistakes, such as by cooperating with law enforcement in the case against her former boss, pleading guilty, and providing the public via media interviews with her insights into how this cyberstalking happened and her warnings for other

impressionable young adults who might be similarly pressured and intimidated by their bosses into doing questionable, illegal behaviors.

Given Veronica's kindhearted and sympathetic nature and struggles with her own mental health issues, I believe the last thing she would've wanted to do would be to hurt someone in any way, physically, psychologically, or emotionally. Considering Veronica's interest in Criminal Justice, her major in undergrad, I also believe that Veronica would've never intentionally broken the law. While I wish that she'd reached out and confided to someone for help - such as my brother, myself, or another family member - when things were going awry, I am glad that she's taken responsibility for her actions. I think her honesty in this way is admirable, and I know that she will be a positive, contributing member of society moving forward.

I greatly appreciate your review and consideration of this character statement for Ms. Veronica Zea and I stand ready to provide any additional endorsements for her as needed.

Best Regards,

*Anastasia M. Boyle*
Anastasia M. Boyle