# EXHIBIT F

Jun

Honorable William G. Young
United States District Judge for the District of Massachusetts

Dear Judge Young,

    My name is Nancy Boyle and I am writing this letter on behalf of Ms. Veronica Zea. I first met Veronica when she was twelve years old, and in middle school with my son. Over the years I have gotten to know her very well and I have also become friends with her parents, through volunteer activities at our children's middle and high schools. When Veronica and my son were seniors in high school they started dating and have been in a committed and stable relationship ever since. Veronica has always struck me as a kind, loyal and honest young woman. Her kindness to other students was evident even when she was younger; she is one of those persons who is always friendly and supportive. I have never known her to belittle or bully other kids at school or people she interacts with. Veronica is fiercely loyal to her friends and family and demonstrates this through her unwavering support of them. When faced with obstacles in life, I have observed that she displays quiet determination and effort to overcome them. Veronica has always demonstrated loyalty and kindness to her friends and family, and to our family as well. When my oldest daughter got married several years ago, Veronica attended and numerous times, without being asked, pitched in to help with details even when I did not anticipate the need. She is always quietly observing and thinking of ways that she can be of assistance to others. Veronica is also a friend to all animals, often helping stray animals that she comes across. Her empathy to those in need is evident, as she has donated to and done service for NAMI (National Association for Mental Illness). She has experienced some anxiety in her own life and can empathize with the mental struggles of others. When one of my older daughters had difficulties with depression for prolonged periods, Veronica was able to talk to her and be present for her.

    I know that the situation which requires this letter is upsetting to Veronica as well as to those who know her and care about her. The charges she is facing are so out of character for her, that they seem unbelievable. I know that she is still quite upset and regretful for the involvement

that she has had in this situation. Veronica is remorseful that she became involved in something that she would not normally have taken part in, and also feels that she has let her friends and family down by doing so.

Despite her actions in this case, I would recommend Veronica Zea as a person of high integrity and a strong moral compass. She is sincerely sorry for her involvement in this case and has both the capacity and the character to do much good in the world going forward. In light of this, I feel that harsh sentencing for Veronica Zea would not contribute to the betterment of society.

Thank you for your time.
Sincerely,

*Nancy Boyle*

Nancy Boyle