# EXHIBIT G

Mary Zea Cefalu

January 7, 2021

Honorable William G. Young
United States District Judge
District of Massachusetts
John J. Moakley US Courthouse
1 Courthouse Way
Boston, MA  02210

Re:  Veronica Zea

Dear Judge Young,

I am grateful for the opportunity to write to you on behalf of my niece, Veronica Zea.  She prefers to go by Ronnie, and I will use her nickname in this letter.

My brother Ron, the fourth of seven children born to Dick and D'Laine Zea, is Ronnie's father.  My parents raised a big family on only one salary, as dad was in the Navy for 20 years, and our mother did not work outside of the home. Nine of us lived in a small four-bedroom, two bath house, one street over from Ronnie's lifelong family residence.  My siblings and I were raised to be remarkably close, as we still are today.  I am married and do not have any children of my own.  For that reason, my nieces and nephews are extra special to me.

I have always been proud of my brother Ron and his wife Kim, for the way they raised their two daughters.  Ronnie was their firstborn child, and as new parents they doted on her at every opportunity.  While Ron worked full-time away from the home every day, Kim cared for Ronnie. Mother and daughter bonded tightly and enjoyed a close relationship which continues to this day.  When younger sister Rylie was born, the three of them were inseparable and still are.  Kim volunteered her time at the girl's elementary school as a teacher's helper and classroom mom for both girls.  Kim spent as much time at the school as did Ronnie and Rylie.  As the girls grew, they participated in afterschool activities including Girl Scouts.  Kim volunteered at these functions and was always involved in her daughter's activities and interests, including den mother for their Girl Scout troop. Ron took the girls fishing and camping.  He taught them to grow vegetable gardens in their backyard, a hobby the four of them continue today.  They took family vacations together, even when the girls were in college and had boyfriends.  This family did everything together, and still do. Ronnie has had only one boyfriend, Michael, with whom she has been involved nonstop since high school.  Ron and Kim are fond of Michael and they

Veronica Zea  Page Two
January 7, 2021

have become good friends with his parents. These two families socialized together for years, up until Covid-19 prevented everyone from doing so. I have always admired the parenting skills displayed by Ron and Kim, and the excellent example they set for their daughters, instilling strong moral and family values with both of their daughters.

By observing other parents, including my other siblings, I consider Ron and Kim to be overprotective parents. That is not to say it is a bad thing, considering today's fast pace. Ron and Kim knew all their daughters' friends and the families of those friends. They always knew where their daughters were and who they were with. They were hands-on parents even while their daughters were away at college. Ron and Kim provided their daughters with a loving and secure upbringing, and as a result, I believe Ronnie was naïve and inexperienced going out into the working world.

eBay was Ronnie's first job out of college. Her extended family was proud and impressed that she followed her dream and landed a job in the field of security. We did not hear much about her job duties, as Ronnie explained that the nature of her work prevented her from discussing it outside of the company. Later, after she was fired from eBay, we learned just how much stress and harassment she endured while on the job. Traumatic stress for which she continues to be treated. We worry for her welfare and whether she will ever recover from the trauma experienced while at eBay. For this reason, Ronnie's family does not leave her alone these days.

Ronnie has suffered from anxiety and ADHD since a young age. Depression also runs in the Zea family, and several of our extended family members suffer from these same issues. I suffer from anxiety, ADHD, and depression. This has brought me closer to Ronnie, as I can sympathize for what she feels and experiences. Ronnie and I both are empaths; we want to help others. We are the first to volunteer to help wherever needed. We take on undue stress, to relieve others from suffering the same. When it comes to on-the-job performance, we are loyal to superiors and follow direction without question. We were brought up to respect authority.

Ronnie has been deeply affected by the incident she was involved in while at eBay. She has been under the care of a therapist for most of the last ten years of her life. She is currently being treated by a psychiatrist for the anxiety and PTSD she experienced during the Boston incident. After leaving eBay, Ronnie contacted all her aunts, uncles, and cousins to explain what she did, and the charges that had been brought against her. Ronnie has been open and honest to our questions and discussions about it and why she decided to plead guilty to those charges. She absolutely could not have managed going through a trial while suffering anxiety and PTSD. She divulged to family and friends the psychological torture she endured while working there, which allowed her to be coerced into doing things against her beliefs. She obsesses about it

constantly. Ronnie has told me that she will never forgive herself for the pain she caused others. She is remorseful for her actions. I know her well enough to see the physical and psychological effect this episode has had on her, and I fear for her welfare.

I understand that Ronnie pleaded guilty to the two felonies for which she was charged. I further understand that she faces the possibility of incarceration. I plead with you, your Honor, to spare her the horror of incarceration considering her long-standing health concerns. She is sincere in her regrets for her actions. Her family has committed to sponsor her involvement in any type of community service, for whatever duration.

I appreciate the time you have taken to read my letter.

Sincerely,

Mary Zea Cefalu