# EXHIBIT H



Jacobs Famlly Law Group

January 4, 2020

The Honorable William G. Young
United States District Judge for the District of Massachusetts

    ***Re:***    ***Veronica Zea***

Dear Honorable Judge Young,

    I am Lindsey Jacobs, née Zea, and Veronica Zea is my cousin. Most of our family calls her Ronnie. Yesterday was Ronnie's 27th birthday, which means I have now known her for 27 years and one day. Our dads are brothers; we grew up about seven minutes apart from each other; and although I have older siblings, Ronnie and her little sister Rylie are the closest things I have to little siblings of my own. <u>Ronnie is kind and easygoing; she is lighthearted and possesses a lovely sense of humor; she is anxious yet well-mannered and always pure of heart.</u> My love for Ronnie is unconditional.

    A disastrous collision of circumstances led Ronnie to make the worst decision of her life. Through this letter, I hope to give you a better understanding of the person I know and what I believe led her to make the wrong choices during her time as a contractor at eBay.

    Ronnie has battled anxiety for the majority of her life. She was diagnosed with anxiety at age four and later with ADHD. She strives to keep the people around her happy, even at the expense of her own well-being. <u>She is gentle, cheerful, and graceful in her conversations with all people.</u> She is hands-down the most beloved person in our huge family because of her humble nature and kindheartedness toward all.

    <u>Still, Ronnie is not self-confident and has always struggled with standing up for herself. She grew up in a loving but very strict household and is long-accustomed to adhering to direction in order to please others.</u> Because of this, I can easily see how her experiences at eBay led her to feel pressured into doing anything and everything her superiors told her to do. While she was a contractor at eBay, her boss Jim Baugh psychologically exploited her. With a keen understanding of Ronnie's mental health disorders (particularly her ADHD-related Rejection Sensitive Dysphoria, which adds to Ronnie's susceptibility to do anything to please others), Jim knew exactly how to undermine her and manipulate her into following his commands.

    **It is not coincidental that both of Ronnie's crimes are conspiracy-related. Ronnie simply would not hurt anyone or commit a crime without feeling like she had to, in order to please somebody else.**

It is my firm belief that Jim so severely manipulated Ronnie that she lost all sense of self and felt coerced into obliging Jim's every whim. Jim's control left Ronnie so blinded, that she even had trouble recognizing Jim's psychological, verbal, sexual, and physical abuse of her own person. Thanks in part to time and distance, Ronnie now understands what Jim did to her and, subsequently, what she did to unbearably impact the lives of the victims in this case.

Ronnie openly talks about her errors. She knows what she did was wrong and feels like she has absolutely failed. Her primary regret is that she did something that so devastatingly hurt other people. She feels horribly for the victims. She experiences constant worry at the aftermath of fear they must still experience to this day.

The worst of her remorse has manifest in undeniable physical symptoms. On top of anxiety and ADHD, she has now also been diagnosed with Major Depressive Disorder and PTSD. In fact, due to Ronnie's Major Depression, she had to terminate her lease and move in with her parents, as it is unsafe for her to be alone for any period of time. Her body is covered in small scars from head to toe due to nervous skin picking. She no longer feels worthy of pursuing a future she once envisioned; for example, she once wanted children (both biological and adopted) but now sees what she has done wrong and questions her ability and merit to raise a family.

It is especially heartbreaking for me to watch the light on Ronnie's bright future dim. Ronnie is ambitious. She is a sort of pioneer within our family: of our 21 blood relatives (including our grandparents, our dads and their siblings, and all of our cousins), Ronnie is the third-youngest, yet she was still the third out of all of us to graduate from college. For years, Ronnie looked forward to a career in criminology. She hoped her job in security at eBay would lead to an impactful career in the worlds of criminal and social justice. As someone who cherishes Ronnie, I personally am saddened by seeing the bright light of her future suddenly end.

Ronnie takes full responsibility for what she did to hurt her victims. As an outsider, I can see how the circumstances at eBay led my impressionable, people-pleasing cousin to blindly follow her boss's orders. But Ronnie doesn't see the facts that way; she assumes complete responsibility and will surely feel sorry for what she did every single day for the rest of her life. Her willful plea of guilt is only the tip of an iceberg of enormous regret. Incarcerating Ronnie for any extended period of time would only further damage this already-crumbling young woman, whose sincere, crushing remorse could not possibly consume her being any more.

Sincerely,

*Lindsey Jacobs*

Lindsey Jacobs, Esq.

2