# EXHIBIT I

September 5th, 2022

Honorable William G. Young
United States District Judge
District of Massachusetts

Dear Judge Young,

My name is Michael Boyle. I have known Veronica since we first attended the same school 17 years ago. The last 10 years of that time we have spent in a romantic relationship. From when we first met, Veronica has shown a kind and empathetic heart that has filled the lives of those around her. I've also been witness to the tumult of the past few years and how it has filled her with a deep remorse for her actions and inactions and the resulting impacts to all involved. It is my hope that this letter – and all of the letters that you receive on Veronica's behalf, serve as a testament to her character and that you may take this into consideration as you contemplate your sentencing decision.

Examples of Veronica's moral character span the entire time I have known her. One of the first instances that I can remember was when we were freshmen in high school. At that point, I did not know her too well as she was a friend of a friend. As part of a class requirement for completing community service hours, I had signed up to volunteer at an event where handicapped children could learn how to fish. When I saw Veronica there, I assumed that she was there, like myself to attain the required volunteer hours. However, she told me that she had already fulfilled the requirement and just wanted to continue to work with the children. While this is a seemingly small anecdote, this example of Veronica's caring for and dedication to others has stuck with me for the decade since.

Another anecdote highlighting Veronica's caring and empathy of others comes from the Christmas season, a couple years ago during Veronica's time at EBay. Every year, Veronica would participate in a gift-drive for those in need. The participants would be matched with an individual and would be given a list of that person's desired Christmas presents. Veronica usually signed up for several individuals. The one that sticks in my mind is a lady in a nursing home who had requested socks. I remember Veronica telling me how it made her upset that someone would be in a situation where socks would need to be gifted. Veronica wanted to be able to bring that lady joy beyond that which an item of necessity would give. She ended up getting the lady the socks she had requested as well as a simple jewelry set that she hoped would be an unexpected surprise for the lady.

Beyond the everyday examples of Veronica's caring for others, she had more profound impacts on those around her including myself and my family. From a young age, Veronica has battled mental health issues in the form of depression and anxiety. She has never been vocal about this part of her life, for understandable reasons. However, about 5 years ago, one of my family members experienced a crippling mental health crisis that severely threatened their health and safety. During this time, Veronica provided help and support as only someone who had experienced similar challenges could. Despite the discomfort that it caused, she showed an openness to discuss her past and current struggles

to provide an example to my family-member that they were not alone and that there was hope for improvement. While there is still a stigma attached to mental health, Veronica showed that openness was a major step towards treatment and management.

Veronica's past with mental health and her willingness to use it to help others again shone through when I went through my own bout with depression four years ago. Over the course of a few months, I had felt myself slipping into a negative state of mind where I was uncomfortable talking to people – friends and family included and wanted to just be alone as much as possible. This had a negative effect on my relationship with Veronica as I became more irritable and unsocial.  Despite this, Veronica was a patient and encouraging listener and a dependable advocate as she gently but persistently persuaded me to seek professional help.  I am grateful for everything she did for me during this time, even more so now that I know the full extent of what she was going through with work at the time.

After completing school, Veronica had an extensive knee reconstruction surgery performed. She had been waiting to have this procedure done due to the prolonged recovery time that would be required. Thus, after many months spent recovering at home, she was anxious to start working.  I helped to encourage her through the job application process.  Veronica was hesitant to apply to jobs that she was qualified for because she had a hard time recognizing her own merits and abilities.  Therefore, when Veronica broke the news that she had landed a job as a contractor to EBay, I was extremely proud and happy for her.  Indeed, at first it seemed like a great windfall for her with opportunity for personal and professional advancement.  At this point, it wasn't yet clear that those in power at this job would manipulate Veronica's insecurities listed above for their benefit and to her detriment.

During the beginning months of Veronica's employment at EBay, it seemed like things were going very well.  She seemed happy with friends she had made amongst her co-workers and she seemed interested in the work she was doing.  However, as time went on, I began to notice peculiarities that were not normal for a healthy work environment.  The first of these that I remember, was when Veronica told me of an incident where her manager (Mr. Baugh) emptied the lockers where the employees kept their personal belongs and dumped the contents on the floor.  Veronica told me how embarrassed she was while she and her coworkers were berated for the alleged mess they had been making and were told to clean up their belongings.

Not long after the incident with the lockers, Veronica told me of another strange occurrence involving her manager, Mr. Baugh.  After one of her co-workers had either quit or was fired (I forget which), Mr. Baugh had told an elaborate story about how this person was being investigated as a radical Islamic terrorist.  After completing his telling of the story, Mr. Baugh then told his employees that he had made the story up as a lesson to always keep them thinking and to trust no one (except for Mr. Baugh, I presume).

The starkest example that comes to mind for me, is the time that I met up with Veronica, her manager, and coworkers at a bar on a Friday evening after work.  Where I work, and I assume where most people work, when co-workers get together in social setting outside of work hours, everyone tries to relax, not think about work and have a good time.  This was not the case that I observed.  When I got to the bar,

Veronica's manager was pulling all of his employees aside, one at a time, and getting them agitated and stressed over whatever he was telling them. It seemed to me that he enjoyed doing this as a sort of power trip that aligns with the stories that I had already heard up to that point. Looking back now, I can only describe this behavior as that of a cult-leader who was intent on manipulating those around him to suit his needs. I will always regret that I did not make that connection fully at the time and that I wasn't more vocal about my gut reaction to what I saw and was told.

Part Two (written September 5th, 2022):

The above was first drafted in December of 2020, a little more than a year from when the events in Boston and the beginning of the investigation. It is now September of 2022. For three years, Veronica's life has been very much on hold. During this time, she has been suffering from increased anxiety and depression which has been detrimental to her health and well-being. Examples of this include: a fear of driving at night due to seeing things in the shadows, panic attacks when in large crowds or when she sees a car that looks like her old boss's, an aversion to places where she went with work, and nightmares involving her former bosses seeking her out to do her harm. She has been attending weekly therapy to try to mitigate these issues but I don't expect any substantial progress until she can get past this time in her life.

In addition to the pain that Veronica is going through, she also holds an immense remorse for her role towards the victims and the anguish it has caused them. Looking back, she is devastated in the events that took place and distressed that she was involved. Given the chance, I know she would do whatever she could to earn the forgiveness of the victims.

Veronica has always been a good person with a good heart. Although she has made mistakes and allowed herself to become a part of a terrible situation, she has not changed who she is at the root level. I know with utmost certainty that Veronica will never find herself in a circumstance like this again. Although I'm sure it will take time to overcome the negative outcomes of this situation, I don't doubt that Veronica will spend the rest of her life trying to redeem herself and do enough good to far outweigh the bad.

Thank you for taking the time to review this letter. I am available and eager to provide any additional help or insight that you may require.

Sincerely,

Michael P. Boyle