# EXHIBIT K

Honorable William G. Young,
United States District Judge for the District of Massachusetts

Dear Judge Young.

My name is Ron Zea. I am Veronica Zea's father.

As with any father, writing without bias in regard to the character and mindset of ones child is very difficult if not impossible. I see my children as not being perfect but also as not having any negative character flaws inherent with their upbringing, environment and education.

Veronica has always been a champion of the underdog, she finds the good in people where obvious perception speaks otherwise. She see's the possibility's that may exist or may have existed that make a person who they are or that may have influenced their current personal situations.

Veronica is not the type of person who would voluntarily engage in the activity she has been charged with.

Veronica was thrilled to be part of an organization where she could utilize her degree in Criminal Justice and She was elated that the client her company had contracted with is as well known and popular as Ebay.

Through various "after work" conversations with Veronica, My recollection and perception of the organization and how it was managed seemed a little off in comparison with what I perceived to be a component of a well known and respected company.

Things immediately did not seem right as several members of her new team were terminated shortly after Veronica signed on. There was no apparent cause for their firing and the remaining team was told that the individuals were let go because the leaders did not perceive them to be "team players". IE: To "get along" you need to "go along". I know that this realization fostered fear and anxiety in Veronica that her job was always going to be on the edge of termination.

As I remember specifics, several job related details Veronica shared with me left me both amazed and confused: A rumor was circulated that the team leader was ex-CIA and his wife was currently part of the CIA. Last minute Late night off-site mandatory team meetings with no specific agenda. The team was encouraged to use military terms like "Copy" and "Affirmative" in conversation and job related communications. There were multiple shifts for 24 hr video

surveillance of Ebay facilities including the outside of the Ebay CEO's private residence. The team leader promised shooting lessons and suggested the team each own a Glock 19 handgun. Overall I had the impression that the all female team was being trained to act and think in a specific manner. Veronica took this all to be part of the job requirement and as is her nature, did her best to be an effective and valuable part of the team.

When Veronica mentioned the ill-fated trip to Boston, she was told that the trip was to be kept top secret with the threat of termination if leaked. She could not and would not tell me where she was going and for what purpose (I believe she did not know the specific details of the trip). I assumed as per prior trips, that her job would be to ensure travel related security logistics and to monitor the internet for any potential threats prior to an Ebay exec visit to the same destination. In addition to the "Top Secret" nature of the trip, her manager had all trip expenses charged to her company credit card, flights, hotels, car rental etc. Me being a seasoned business traveler, I know this is not normal practice for any company.

In describing the aforementioned trip details, I must reiterate, Veronica is not the type of person who would conscientiously engage in the activity she has been charged with.

"Following orders" is not a valid excuse for her participation in what happened in Boston. In this case however I believe she had no choice as she was being directed by trusted superiors whose plans unfolded as the situation evolved. I feel she was trapped, and as is her character, dutifully followed direction, and in this case with no way out.

Again, I am Veronica's Father, She is not perfect nor is anyone else in this world. Regardless of the charges against her, I do know that she is truthfully sorry for the things she was involved with. She regrets every thing that happened and knows she will have to live with this the rest of her life.

Respectfully Yours,
Ronald Zea