# EXHIBIT L

January 4, 2021

Honorable William G Young
United States District Judge for the District of Massachusetts

Dear Judge Young,

My name is Catherine Walsh and I am writing on behalf of Veronica Zea, my niece.

I have known Veronica for her entire 27 years. She is only three months younger than my own boys, so I was able to watch her grow from a small, wondrous child to the beautiful young woman she is today. She has always had a big heart and never wanted to disappoint anyone.

Veronica worked hard through school to earn her degree in criminal justice and had every intention of using it to have a career helping people. Veronica's good character and strong sense of integrity shows that in no way shape or form was it her intention to have things turn out the way they have.

As Veronica has pled guilty to the "conspiracy to commit cyberstalking" and "conspiracy to obstruct justice" charges brought before her, I assure you it was not her intention to purposefully hurt those involved. Veronica is a victim of being a people pleaser and only followed direction from those she thought she could trust. Jail time is nowhere near the punishment she is enduring, and will endure, inside her head and heart the rest of her life. Having to live with what happened day in and day out is sentence enough.

I am pleading Your Honor, to show leniency toward Veronica at this time.

Thank you,

Catherine Walsh