# EXHIBIT N

September 5, 2022

Honorable William G. Young
United States District Judge for the District of Massachusetts

Dear Judge Young,

    My name is Amie Boyle and I am writing this letter in support of Veronica Zea. I have known Veronica for ten years and at this point, I consider her a part of the family. I first remember meeting her when I was just twelve years old, seeing her and my brother off to their senior prom. I did not know at the time that she would become such an important person in my brother's and family's life, but I am genuinely grateful to know someone like her.

    My brother Michael has been in a committed relationship with Veronica since high school, so she has been present for a lot of major events in my family's life. Back in June, I graduated from Cal Poly SLO and although my whole family couldn't be there, I really appreciated Veronica's attendance. It showed me her dedication and support not only for my brother, but for me as well. After the ceremony, my roommates and I held a grad party at our college house and invited all our family and friends for lunch. It was a little chaotic hosting a party for over twenty people in our dinky college home, with not even enough chairs for our guests to sit on. To add, my mom brought along her new puppy, Zoey, and her energy was definitely difficult to handle in the midst of hosting the celebration. Veronica and my brother volunteered themselves to sit outside with Zoey so that the rest of my family could enjoy the party, even though it was one of the hottest summer days San Luis Obispo had seen this year. This moment stuck out to me because it is a perfect representation of Veronica's character. She is so considerate of others and handles herself with so much grace, even when it is not easy or nice for her to do.

    Another example of her generosity and poise is at my oldest sister's wedding in 2015. Speaking of heat, you do not know struggle until you attend a June wedding in Virginia- the humidity and heat were turning all of us into bridezillas that day. I remember heading over to the reception space after the ceremony and seeing my mom running all over, trying to get all the decorations in place. Veronica went out of her way to help my mom get everything finished and she did it without complaint. Her patience and thoughtfulness are so admirable, especially in situations of high stress.

    While I am confident she is upholding these qualities through her current situation, I know what a toll it has taken on her as well. When I first heard about the charges against her I could not be more shocked, as they could not be more out of character for her. This is something she will regret her whole life, but I sincerely believe she has taken the steps to learn and grow

from this awful situation she has been put in. She is so much more than this one mistake and I guarantee that harsher punishment will not make her a better person, and it certainly won't make our society better off.

Thank you,

*Amie E. Boyle*

Amie Boyle