# EXHIBIT O

William Cefalu

January 9, 2021

Honorable William G. Young
United States District Judge
District of Massachusetts
John J. Moakley US Courthouse
1 Courthouse Way
Boston, MA  02210

Re:  Veronica Zea

Dear Judge Young,

I have been a part of the Zea family for close to fifty years.  I have known Veronica, aka Ronnie since her birth.  I am pleased for the opportunity to write to you on her behalf.

I have watched Ronnie and her sister grow up in a tight-knit family, raised by my brother-in-law, Ron, and his wife, Kim.  They are great parents and have always been active in their daughters' lives.  Zea family gatherings usually number thirty or more extended family members.  It is easy for me to get lost in the crowd. I usually end up sitting by myself watching the chaos so many family members can create. Ronnie is always good at finding me alone at these functions and she makes sure I have something to eat or drink. She takes these opportunities to spend time with me which most of her cousins do not bother to do. Ronnie is personable and a good conversationalist with a cute sense of humor. I enjoy spending time visiting with her and her sister Rylie. Both girls have impeccable manners.

It broke our hearts when Ronnie shared her legal problems with all the family. We were shocked that she could be involved in anything like the incident at eBay. It is completely against her character. As hard as it was for her to come forward, she never hesitated to answer our questions. She has been forthcoming with the

Veronica Zea                                                    Page Two
January 9, 2021

details of the Boston incident and explained why she chose to plead guilty in lieu
of going to trial.  Her accounting of the incident closely matches what I have read
in the FBI affidavit.  Ronnie wears her heart on her sleeve, and it is obvious to all
of us the pain she is going through. She suffers enormous guilt and is sincere in her
regrets for the pain she caused the couple in Massachusetts.  I worry about her
mental state and am relieved to know she is under the care of a psychiatrist.

     I am aware that the two felony convictions come with the possibility of
incarceration.  Ronnie has been treated for anxiety most of her life and was
recently diagnosed with the PTSD.  The mental illness she currently suffers from
would be impossible for her to overcome if she were to be incarcerated. It is
important to her family that she continue with her therapy here in her hometown.
Along with her family, I hope that Ronnie may avoid incarceration at all costs.

     Thank you for your consideration.


                              Sincerely,


                              William Cefalu