# EXHIBIT P

January 5, 2021
Michael Aymar

Honorable William G. Young
United States District Judge for the District of Massachusetts

Dear Judge Young

I am writing you on behalf of Veronica Zea, who pled guilty to two felonies committed during her time working with EBay. I believe the case number is 1:20-mj-02398.

My late wife, Lynn, and myself have known Veronica since birth. In addition to being her uncle and aunt, Lynn and I were also Veronica's godparents. We have lived within a 15 minute or so drive from Veronica for all her life, except for the years she spent away at College. We spent time with her at many family get togethers each year. To us, she was, and to me she still is, a gem and a genuinely honest and kind person. Her current situation is heartbreaking.

While retired for nearly 20 years, my final employment spanned a 26 year career at Intel Corporation, where I rose to a position of Vice-President and Corporate Officer, and also a member of Intel's Executive staff. I am proud of Intel's behavior and record of training and accountability of all our senior staff at the time. I personally went through many hours of training over the years in proper business practices and behaviors. Lynn and I also shared my corporate success with significant charitable donations and participation, having created a Family Foundation to make distributions. Our major donations have been to the American Cancer Society, the American Heart Association, and Archibishop Mitty High School in San Jose, CA.

I am not writing this letter to deny Veronica's behavior. She pled guilty to the charges, and her life has changed forever. While tremendously disappointed that she committed these crimes, I am also extremely proud of her behavior in cooperating with the investigation.

What I am hoping is that you will find reason for leniency in her sentencing. This was her first full time job after graduating from college, and a proud moment for all of us in the family. Unfortunately, her assignment was in a department within EBay that ran amok, due to the reprehensible leadership and behavior of senior management within that group, as well as higher management team at EBay. Given my experience at Intel, I am appalled that such leadership and management practices could have been tolerated, or at the very least, overlooked. I am hoping you will take into account that she was the most junior member of the team that committed these crimes. However, given Veronica's inexperience and this junior status, she was torn between what she felt wasn't right and the strong messages and demand from the management team above her. To me it feels like an almost impossible position for a

26 year old woman, in her first full time job with a major corporation. I also hope you will take into account her cooperation and mature behaviour during this whole process.

In retrospect, I wish she had shared her ethical dilemma with some of us in her family so we could have counseled her in making the right choices at the time.

Please feel free to contact me for more information, either directly or via your staff. My email address is mikeaymar@aol.com, and my phone is 408-202-8791.

Sincerely,

Michael Aymar