# EXHIBIT Q

Sylvia Lynn Robbins

January 8, 2021

Dear Honorable Judge William G. Young,

I have known Veronica Zea and her family for over 21 years. My own daughter, Geena, has been friends with Veronica for just as long. Veronica is a good person; very loyal to her friends, family and community. Veronica's friend groups are good people too, a doctor, accountant, engineer and a scientist.

Veronica was in Girl Scouts for 7 years, where I was a co-leader for many of those years. During those days Veronica was involved in many charities, including visiting Nursing homes during the holidays and singing Christmas carols. Veronica is very compassionate and shown empathy while working with the elderly. They loved her! Veronica has a great since of humor, quick wit, she always made people laugh. Never mean spirited. Veronica always wanted to please her teachers, her parents and her Girl Scout Leaders.

Veronica also cares about the environment and her community, by helping with cleaning the local creeks in Santa Clara County and volunteering at the elementary school book drive with her mother.

Veronica always has been inclusive with others including Geena's younger brother who has a serious mental illness. She shows no judgement and has been supportive to Geena in this regard. Veronica has a big heart, she has always been for the under-dog, by helping others when call upon to help, such as, NAMI, (National Alliance on Mental Illness). She helped raise money by gathering close friends to help make succulent pumpkins gifts for fund raising this year.

It saddens me that Veronica's character and loyalty was taken advantage of by her superiors. Fresh out of college, Veronica was being herself as a team player and being loyal. As a people pleaser, I am sure she was more of a follower and wanted to please her bosses. Where was the guidance from her superiors, who were supposedly older, wiser and should have known better? It could have happened to any new college grad. Unfortunately, it happened to this sweet person, Veronica, who had no street smarts or clue these men was leading her down a path of no return. Veronica is also a victim.

I plead for leniency on Veronicas behalf. I ask the court for compassion and forgiveness for a young person getting mixed up in something that went so terribly wrong.

Sincerely,

*Sylvia Robbins*

Sylvia Robbins

Retired Registered Nurse

NAMI Warmline and teacher