# EXHIBIT R

January 3, 2021

Honorable William G. Young
United States District Judge for the District of Massachusetts

Dear Judge Young:

This letter is in support of Veronica Zea, who pled guilty to two felonies in early October to avoid a trial. I wholeheartedly believe there are extenuating circumstances regarding Veronica's involvement, her character, and background that affected her involvement in this incident.

My husband is a brother to Veronica's father so I have known Veronica her entire life. From her early years playing with her cousins to her young adult life, she has been compassionate, honest, and outgoing. She was always the first person we called to take care of our pets and house because we could trust her and knew she took the responsibility seriously. Veronica has always been one of our favorite persons!

Veronica's consultant security analyst position at EBay was her first professional job after her graduation from college. Having been raised in a very protective environment, Veronica was more compliant than she could have been. During her years in this position, she worked for some aggressive managers who used her innocence and lack of experience as a tool to participate in the cyber stalking of individuals in Massachusetts. By the time Veronica became aware of the questionable directives from her boss, she was desperately afraid of her own safety and livelihood. Young adults who have been protected during their formative years struggle to stand up to and speak out against people in control, such as a boss.

Unfortunately, this experience has had a profound impact on Veronica's life, and I feel it will take years of therapy before she will heal, if ever. She is embarrassed that she was weak in not standing up to her boss. She feels emotionally broken that she allowed herself to go against her true moral character. She is remorseful that she allowed herself to get involved. As you can see, she understands what happened and accepts her responsibility in her participation.

Veronica is an honest, good person with a loving heart, and I urge you to consider her background and unfortunate circumstances in your decision.

Sincerely,

*Colette Zea*
Colette Zea