# EXHIBIT S

Erin Azzolina

January 29, 2021

Honorable William G. Young
United States District Judge
District of Massachusetts
John J. Moakley U.S. Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

Dear Judge Young,

Thank you for allowing me to write this letter to you on behalf of my cousin Veronica Zea.

I want to start by telling you about our relationship. She is Ronnie to us. Ronnie's dad is the younger brother of my late mother, Lynn. My mother and father are Ronnie's Godparents. Our families are extremely close and spend much time together. My mother is the third of seven kids I am the third and Ronnie is the sixth of 12 grandchildren. Ronnie and I have spent our childhoods and most of our adult lives celebrating every holiday together as well as birthdays, baptisms, and graduations. These celebrations involve all the grandkids, aunts and uncles, and our grandparents. Everyone comes because we genuinely want to be together.

My cousin Ronnie is a rule follower. She respects authority and has much integrity. I feel that as a young woman, fresh out of college, working her first corporate job, she was manipulated and taken advantage of by her superiors. Ronnie has been open and honest about the things that she was involved with in Boston. The actions that she was asked to make have affected her terribly, and she is deeply sorry for having hurt other people. Ronnie has always been a fragile person; she admits that this has forever changed her life.

Your Honor, I ask that you please take these things into consideration as you make judgement of her future.

Sincerely,

Erin Azzolina