# EXHIBIT T

January 3, 2021

Honorable William G. Young
United States District Judge for the
District of Massachusetts

Dear Judge Young:

I have known Veronica Zea since the day she was born as she is my Brother's Daughter. Her bubbling personality and happy demeanor have brightened our Family gatherings. She has been our trusted house and pet sitter since she was old enough to take on that responsibility. When she went away to college in Washington D.C. she was really missed.

Ever since Veronica pleaded guilty I have noticed her accepting what she has done wrong and her sense of remorse is evident. It is clear to me that she acknowledges her role in the wrongdoing and will not ever allow herself to be put in a situation that this could happen again.

Please consider the goodness of what Veronica stands for in your decision.

Sincerely,

Richard Zea