# EXHIBIT U

January 6, 2021

Honorable William G. Young
United States District Judge for the District of Massachusetts

Dear Judge Young,

I have known Veronica Zea for over 20 years. She is a childhood friend that I grew up with attending the same schools and activities. We played on the same sport teams and we were both girl scouts in the same troop. After high school graduation, we attended separate colleges but remained close friends. I have always considered her a good friend and she has been supportive of me over the years.

I was incredibly surprised and shocked when I heard about what she was charged with and the misadventure that took place. However, I believe that she is ready to accept responsibility for her actions and the role she played in the misconduct. Veronica has expressed a deep sense of remorse in her participation and I believe in her ability to make amends.

Sincerely,

*Geena Robbins*

Geena Robbins