# EXHIBIT V

From,
Tyler Walsh

Date: 01/06/2021

To,
Honorable William G. Young
United States District of Massachusetts

Dear Judge Young,

I am writing this letter of support for my cousin, Veronica Zea. I known Veronica for her whole life because we grew up together. She is such a giving person and does not ever expect to have anything in return. The entire time that I have known Veronica she always did the right thing; she was always the voice of reason. She is the most loving and caring person I know, and it did shock me to find out what has been going on with her because this is so out of character. I understand that she has been charged with conspiracy to commit cyberstalking and conspiracy to obstruct justice because of the situation she found herself in, but I could assure you that if she knew what the actual plan was she would not follow through with it. Veronica is very smart and responsible individual and I know deep in my heart that she would never commit the acts that was stated if she knew what it would bring. She never wants to cause harm to others whether that be physical or mental harm, she always would want to lift spirits up and not talk bad unto others. I do understand what has been done was wrong but please Veronica is not this person, she was just mixed up with the wrong kind of people that in my opinion took advantage of her, she is one of the most innocent, caring, loving human being I know.

Thank You.

Yours sincerely,
Tyler Walsh