# EXHIBIT X

Attn: Honorable William G. Young

United Stated District Judge for the District of Massachusetts

Dear Judge Young,

    I'm writing you on behalf of my cousin, Veronica Zea, who has pled guilty to two felonies. I understand that she is not denying her involvement in these crimes, and I am not trying to downplay her actions – my only hope is that these letters will help you know Ronnie better as the kind, honest, and generous person she is.

    When I was in third grade, I was lucky enough to get three new cousins, with Ronnie being the last of the bunch. Our extended family is very close, and while I got to spend a lot of time with all these new babies, I doted on her the most. I wanted to carry her everywhere; she let me squeeze her round cheeks, and I'll never forget the time I dressed her with both legs in one pant leg. I'm not sure how long she waddled around until someone caught on!

    The point of my story is to show that Ronnie has always been a patient, gentle, and **trusting** person, with the last point being how she found herself in her current situation. I cannot imagine how she must have felt in her first corporate job, being told to do things she felt uncomfortable with, but trusting her senior leaders to make decisions in her best interest. As it turns out, they were using her, and taking advantage of her trusting nature. It breaks my heart that she was unable to discuss any of this with us, as she would have had a large and passionate support group to lean on.

    Now that we are both adults, Ronnie is no longer my doll but one of my closest friends. She, her sister, and I have regular crafting and movie dates, and can frequently be found in a group text about our favorite tv shows. Ronnie was one of the first people to knock on the door when my mom (her godmother) passed away, to share stories and be an emotional rock for my family. I hope to return the favor to her now, as she navigates and accepts the repercussions of these events.

Thank you for your time,

Colby Aymar

856 Nevada Ave. San Jose, CA 95125