# EXHIBIT Y

January 8, 2021

Honorable William G. Young, Judge, U.S. District Court, District of Massachusetts

Dear Judge Young,

     I am Grant Oglesby of 6354 Blackwood Drive, Cupertino, member of the State Bar of California specializing in data privacy and software law.

     I first met Veronica Zea, or Ronnie as I call her, during our freshman year at Cupertino High School in 2009. We all had separate friend networks, but would grow steadily closer over the course of high school. The friendships that survived the Big Bang of college have lasted ever since. Other relationships have been lost to the passing of time as leaves in an oak forest, but not this one. We hung out every time we returned to our parents' homes during breaks and grew ever closer despite the distance. After college we returned to the San Francisco Bay Area and have seen each other at least several times a month. Both of us have grown in indescribable ways over the years but there are some things about Ronnie which never change.

     I understand that Ronnie has been duly convicted of two felonies and I write to Your Honor to offer a more complete picture of who she is as a person. It remains a matter of wretched irony among my friends that Ronnie is the last one of us that we expect would do something like this. She is one of the kindest and most considerate individuals I know. She does not engage in juvenile hooliganism, malicious gossip or recreational drugs. She has always told us about her ambitions of joining the Federal Bureau of Investigations or another federal law enforcement agency. She

was a Girl Scout for about as long as I was a Cub Scout and Boy Scout and she often volunteers for various charities. She says "please" and "thank you" to everyone, including servicepeople. My family hired her to take care of our dogs and my little sister several times and all of them absolutely adore her. In general, she is beloved by pets. When others ask for help, she will come to their aid. She is no conniver and does not suspect others to be either. In all the time that I have known her, Ronnie has been a decent, courteous and trustworthy person. She is candid about all of my questions and was penitent long before I became aware of this case. It is clear to me that the last couple years have taken a great toll on her. Aside from her mental distress, her reputation in our town and her career prospects have been destroyed.

Yours Faithfully,

*Grant Oglesby*

Grant Oglesby, Esq.