# EXHIBIT Z

To Whom it May Concern,

  I am writing this letter on behalf of Ms. Veronica Zea, a dear friend of mine whom I have remained close with for the past sixteen years. Veronica and I first met in the seventh grade, when I was seeking refuge from a cruel group of girls and Veronica welcomed me into her friend group with open arms. I had identified her as a possible friend after observing her in the English class that we shared, where I admired her quick wit, ever present eagerness to help, and warmth that she exuded to all of our fellow classmates. The qualities that originally drew me to Veronica are the very same that she has continued to demonstrate throughout our years-long friendship, and the reason her friendship remains so valuable to me today.

  Veronica always was, and still is, my parents' "favorite" of my friends. It is immediately clear to anyone that interacts with her that she has a good head on her shoulders and will stop at no length to aid those around her; qualities that any parent would value in someone closely associating with their daughter. These first impressions hold true, as I have watched Veronica make selfless and righteous decisions time and time again throughout the years. She has often acted as a beacon of calm and stability amidst members of our friend group's trials and tribulations. I cannot think of a singular scenario, based in fact or hypothetical, that has not been or would not be made significantly better by Veronica's presence. Others and I know that we can always count on her to provide the right tidbit of appropriately tailored advice, the proper joke to lighten the mood, or the words of comfort we may be seeking while experiencing a personal trough, all done without a hint of judgement. Veronica strikes a seemingly unobtainable balance of empathy, pragmatism, and morality when faced with any situation and I am simultaneously envious of her ability to do so and immensely grateful that I have her in my corner. Simply put, she is an inherently good person whose efforts are consistently prioritized in the direction of helping others. The world is a better place because Veronica Zea is in it, as I know anyone who has crossed her path, even in the most limited capacity, would agree.

                    Thank you,

                    *Kira Feldman, M.D.*

                    Kira Feldman, M.D.