# EXHIBIT AA

September 10, 2021

To: Honorable William G. Young, United States District Judge for the District of Massachusetts
From: Delia A. Cannon
Subject: Veronica Zea Character Letter

Dear Judge Young.,

My name is Delia Cannon, and I am writing to you as a friend of Veronica Zea's for over a decade. I met Veronica when we were thirteen in history class, we are now both twenty-seven. We have always been close since Veronica invited me into her friend group. From the minute I met her, I was impressed by her character, ambition, and ability to own her actions. Veronica has always been a leader within our friend group. She has a strong character, driving others around her to be their best and to strive for honesty and truth in their actions. Even as preteens, Veronica always led other people to see why being exclusionary was hurtful, or why cheating would not be the right decision to try to improve a grade. I was, and still am, inspired to be the best version of myself when I am around her.

As adults, I saw Veronica graduate with a degree she was ecstatic about. Criminal Justice has always been the career path Veronica wanted to take. From shadowing the local police department to working with ex-federal employees, she was bravely pursuing this path for years. After getting hired at Ebay, Veronica became a much smaller version of herself. We constantly heard how belittled and unvalued she felt, despite working non-stop and being very dedicated. I felt she was not given opportunities to shine as a leader or to be empowered by her work. My friend was not herself at the time, and certainly did not have the moral leadership to feel good about the work that was happening.

Seeing the impact of what happened in this case, it is obvious that Veronica is highly remorseful about what happened. She feels terrible for the couple who was harassed and made to live in fear. Her regret is both for her role in this whole debacle and the impact on the victims. She constantly says how much she wishes she had stood up to her bosses and refused to participate. She understands that these actions led others to feel threatened and unsafe in their home, something no one deserves. Seeing how she has sought to make things right with the couple as they pursue a civil suit is indicative of the contrition she feels. Veronica has deep empathy for others, and I feel would not have gone down the path she has if not for the abusive leadership she was working under. Veronica was a contractor and pawn for people who should have known better, ex-cops and a CEO who created a campaign to punish people who they did not like. Veronica has never been a malicious person, she is one of the kindest, best people I know. Her empathy for other people led her to volunteer with local community organizations throughout high school.

She also helps rescue stray cats in our neighborhood. Veronica is a good person despite what Ebay has done.

After the time at Ebay, Veronica is changed. She has so much more empathy for everyone, and she started with a huge amount of care for others. She is making great life changes like giving up drinking and she is finding new footing. I know my intelligent and considerate friend will figure out a way to thrive despite what has been done to her, and to find a way to move forward and do better for those around her. Veronica is a wonderful person, who deserves another chance to do good in her community.

Thank you for your time and consideration.

Very Sincerely,

Delia A. Cannon