# EXHIBIT BB

To Whom it may concern:                                                                                       Sep

I am writing this in support of my Niece Veronica. I do not know a lot about the situation she is in other than the fact I found it hard to believe when I heard about it.

Veronica is one of the nicest persons I have ever had the pleasure to know. She has always been supportive and willing to help anyone that was in need whether they asked or not. She is an enormous asset to her family, and extended family of Grandparents, Aunts, Uncles, Cousins. Always available to help take care of the younger cousins, family and friend's children and pets.

To think that she would knowingly be involved in such a situation that would bring her to this at this time of her life is not her. This being the prime of her life, just starting a career after completing college and earning a degree and starting her life, she would not have done anything knowingly to jeopardize any of that.

I cannot believe that there was not some sort of manipulation or her being used by others to have put Veronica in this predicament.

I understand she did not want to go trial to avoid being an embarrassment to her family. That is one thing Veronica could never be to anyone, Family or friends. She is too nice of a person to knowingly do anything that would cause her to be an embarrassment or break the law.

If anything, she might be a little naïve. New to the job world, working for her first large corporation. I know when I got my first job for a large company, I relied on my superior and those already working there to help me learn the ropes. It could be easy for someone to give her an assignment as part of her job and her not to question it but do it to the best of her ability. You usually do not question your superior's when asked to complete a project or task. You take it that they are in a position of power, being your superior, they would not place you in situation that would put you at risk of losing your job or worse breaking the law.

Personally, I believe she is innocent and was manipulated and used to do some one else's dirty work.

She does not deserve to have been put through this situation and does not deserve to have this stain on her life. She does not deserve to have to be detained for any amount of time.

She should be out living the life she has yet to live, a clean life like she has lived to this point with no stains.

Sincerely,

Robert Zea