# EXHIBIT B

# SHARADHA RAGHAVAN, M.D.

841 BLOSSOM HILL RD # 110 ● SAN JOSE, CA 95123 ● 408-629-3997 ● Fax: 408-629-3580

May 21, 2014

RE: VERONICA ZEA

To Whom It May Concern:

I am the psychiatrist who has been treating Veronica Zea since March 2011. Veronica is diagnosed with Anxiety Disorder, Major Depression and Attention Deficit Disorder. She often has difficulty with sleep, concentration and severe anxiety including panic attacks. Sometimes Veronica feels the need to pace and when that happens she feels socially awkward to do so with a roommate present. These episodes can happen anytime day or night therefore she needs to have the privacy as well as a safe place where she may reach out to get the help that is medically necessary to stay stable and functional. It is strongly recommended that she be provided with a single occupancy room. It is medically determined that this is essential for her mental health and academic success.

Veronica's prognosis is good with compliance of treatment and the above accommodations.

I am a California Licenced Psychiatrist in private practice with extensive experience in the diagnosis and treatment of neuropsychiatric disorders.
If you have any questions please contact me.

Sincerely,

Sharadha Raghavan, M.D.
Board Certified, American Board of Psychiatry & Neurology

SR:tm

# SHARADHA RAGHAVAN, M.D.

841 BLOSSOM HILL RD # 110 • SAN JOSE, CA 95123 • 408-629-3997 • Fax: 408-629-3580

August 13, 2013

RE: VERONICA ZEA

To Whom It May Concern:

I am the psychiatrist who has been treating Veronica Zea since March 2011. Veronica is diagnosed with Attention Deficit Disorder, Predominetly Inattentive Type and Anxiety Disorder. Due to these conditions it is strongly recommended that she be provided with all necessary educational accommodations including priority registration, additional time for the completion of tests/exams (ie. time and a half for tests and exams and double time for test/exams in Math) as well as extra time for the completion of homework assignments.

Veronica's prognosis is good with compliance of treatment and the above educational accommodations. She is currently on medications and no significant side effects are anticipated.

I am a California Licenced Psychiatrist in private practice with extensive experience in the diagnosis and treatment of neuropsychiatric disorders.
If you have any questions please contact me.

Sincerely,

Sharadha Raghavan, M.D.
Board Certified, American Board of Psychiatry & Neurology

SR:tm