# EXHIBIT C

# SHARADHA RAGHAVAN, M.D.

2211 MOORPARK AV #240 ● SAN JOSE, CA 95128 ● 408-629-3997 ● Fax: 408-629-3580

January 6, 2021

Honorable William G. Young, United States District Judge for the
District of Massachusetts

Dear Judge Young,

My name is Sharadha Raghavan and I am a California Licensed
Psychiatrist who has been in private practice in San Jose, California
for twenty plus years. I have known my patient Veronica Zea since
she was a teenager. I first met with her and her family in March of
2011. I diagnosed Veronica with a severe anxiety disorder. Veronica
through the years has struggled with both anxiety and depression. I
remember Veronica to be a very caring, shy and unassuming person.
Inspite of her significant anxiety she worked hard in overcoming her
challenges. She graduated High School and then college successfully
even after a huge set back from suffering a concussion. I am very
sorry that this unfortunate thing has happened at her previous job. I
know this has made her question herself and has affected her self-
esteem significantly. I believe she deeply regrets not having the
confidence to speak up and stand for what was right.

I care deeply about my patient Veronica. She is truly a kind and
considerate person. I also believe that it is not in her nature to
intentionally hurt any being. My hope in writing this letter today, is to
give you a different perspective of my patient Veronica, whom I have
come to know quite well over the years.

Thank you for your consideration. Please feel free to contact me if
you have any questions.

Sincerely,

Sharadha Raghavan, M.D.
Board Certified, American Board of Psychiatry & Neurology

SR:gc