# EXHIBIT D

# SHARADHA RAGHAVAN, M.D.

2211 MOORPARK AV #240 ● SAN JOSE, CA 95128 ● 408-629-3997 ● Fax: 408-629-3580

October 19, 2022

Honorable William G. Young, United States District Judge for the District of Massachusetts

Dear Judge Young,

My name is Sharadha Raghavan and I am a California Licensed Psychiatrist who has been in private practice in San Jose, California for twenty plus years. I have known my patient Veronica Zea since she was a teenager. I first met with her and her family in March of 2011. I diagnosed Veronica with a severe anxiety disorder and an inattentive type of attention deficit disorder. Veronica was later diagnosed with Autism Spectrum Disorder, Other Specified Trauma and Stressor Related Disorder and Major Depressive Disorder in April of 2022 by Bridget Wieckowski, Psy. D. Veronica through the years has struggled with both anxiety and depression. I remember Veronica to be a very caring, shy and unassuming person. Inspite of her significant anxiety she worked hard in overcoming her challenges. She graduated High School and then college successfully even after a huge set back from suffering a concussion. I am very sorry that this unfortunate thing has happened at her previous job. I know this has made her question herself and has affected her self-esteem significantly. I believe she deeply regrets not having the confidence to speak up and stand for what was right.

I care deeply about my patient Veronica. She is truly a kind and considerate person. I also believe that it is not in her nature to intentionally hurt any being. My hope in writing this letter today, is to give you a different perspective of my patient Veronica, whom I have come to know quite well over the years.

Thank you for your consideration. Please feel free to contact me if you have any questions.

Sincerely,

Sharadha Raghavan, M.D.
Board Certified, American Board of Psychiatry & Neurology

SR:gc