My name is Ina Steiner, I am victim #1.

Defendant Veronica Zea joined eBay's security department in May of 2017 as a contract worker. The following year, eBay fired Concentric Advisors and hired Progressive F.O.R.C.E. Concepts (known as PFC), which continued to pay her salary while she was placed at eBay.

PFC was a company well known to codefendants Jim Baugh and David Harville. David Harville had collaborated with PFC in the design of a tactical knife that he promoted and sold on his own website.

In fact, on August 20, 2019, just days after returning to San Jose after Harville had surveilled David and me in Natick along with Defendants Baugh and Zea, he promoted PFC in a social media post advertising the weapon.

Zea told the New York Times of the deeply troubling work environment at eBay, including a disturbing instance in which Defendant Baugh took a knife and stabbed a chair at eBay headquarters.

But Defendant Zea willfully turned a blind eye to those things. She told the Times her ambition was to be hired by eBay as an employee.

But eBay needed to retain some contract workers from PFC to finance the conspiracy.

The so-called "off the grid" expenditures used by the defendants to terrorize David and me were paid by Defendant Zea's PFC-issued credit card.

Imagine how two companies, one a publicly-traded company, could finance a campaign the scope of this one that included lavish hotel rooms and Sunday morning brunches - a $255 funeral wreath - and live spiders and cockroaches - and have it all approved by eBay executives.

In a powerpoint presentation eBay made to Federal prosecutors in March 2021 in its efforts to avoid prosecution, eBay cavalierly referred to PFC's financing as an "expensing loophole."

eBay has swept this troubling financing aspect under the rug as it has done with so many things regarding this case, when instead, it should disclose everything it knows. It would show good faith in how it operates going forward. Its employees deserve this. The sellers who use the platform deserve this. Its shareholders deserve this.

David and I also have a right to answers about the crimes that have impacted our lives so significantly.

On August 20th, 2019, Zea answered her phone at the Ritz Carlton Hotel and told a Natick Police Detective she would join him in the lobby regarding activity in Natick involving a car she had rented. But instead, she fled the hotel and immediately flew back home to California.

She had hours on the plane to reflect on what had happened.

Instead of doing the right thing, she welcomed her coconspirators' help as they coached her to lie to investigators.

Veronica Zea played an indispensable role in the terrorism campaign against us.

In its June 2020 affidavit, the government outlined the conspirators' plans to send gang members to our home.

Defendant Zea wrote in her sentencing memo: "(Jim Baugh) started to explain that (Defendant Brian) Gilbert's recent trips to Southern California to speak with Samoan gang members were related to what we were doing. He said he had a backup plan to send "thugs" in if needed."

How could a young woman be okay with listening as her codefendants dreamed up schemes to send an ordinary middle-aged couple threatening deliveries? How she was okay with following them around town in rental cars she had reserved and paid for through PFC, and how she could be okay with sending gang members to their home?

Of course, I'm also wondering how a former police captain could do such a vile and dangerous thing.

Defendant Brian Gilbert called me in August 2019 to offer assistance in a doxing and harassment campaign of his employer's making and attempted to ambush me at the Natick Police Dept. with false dossiers meant to make us look like a security threat.

We would also later learn that Defendant Gilbert brushed past us in our driveway during our yard sale in June 2019 as he scoped out our property, two months before he and his colleagues unleashed their fullblown terrorism campaign against us.

My life will never be the same. Even mundane things I took for granted are no longer options - like holding the occasional yard sale. The thought of being alone at home at night still terrifies me.

As difficult as it is to come before a federal judge and attempt to explain how I was impacted, each time I appear brings me forward on a journey, though there will never be a final destination called "normal."

By appearing in person before this court, I can see the people who stalked me who otherwise would remain faceless names on a piece of paper, providing me some level of closure.

We are here because of something dark that happened in our lives. The courtroom is an opportunity to shed light on that darkness, as painful as it is, so we can all seek a way forward.

Thank you, Your Honor, and I'd like to request that my victim statement be placed on the docket.