1                    UNITED STATES DISTRICT COURT

2                    DISTRICT OF MASSACHUSETTS (Boston)

3                              No. 1:20-cr-10098-WGY-4

4

5    UNITED STATES OF AMERICA

6

7    vs.

8

9    VERONICA ZEA

10

11                         * * * * * * * * *

12

13                     For Hearing Before:
                       Judge William G. Young

14

15                         Sentencing

16

17                     United States District Court
                       District of Massachusetts (Boston.)
18                     One Courthouse Way
                       Boston, Massachusetts 02210
19                     Thursday, November 3, 2022

20                         * * * * * * * *

21

22            REPORTER: RICHARD H. ROMANOW, RPR
                       Official Court Reporter
23                 United States District Court
         One Courthouse Way, Room 5510, Boston, MA 02210
24                 bulldog@richromanow.com

25

```
1                      A P P E A R A N C E S

2

3   SETH B. KOSTO, ESQ.
        United States Attorney's Office
4       One Courthouse Way, Suite 9200
        Boston, Massachusetts 02210
5       (617) 748-3230
        E-mail: Seth.kosto@usdoj.gov
6       For the United States of America

7

8   FRANK R. UBHAUS, ESQ.
        Berliner Cohen, LLP
9       Ten Almaden Boulevard, Eleventh Floor
        San Jose, California 95113-2233
10      (408) 286-5800
        Email: Frank.ubhaus@berliner.com
11      for the defendant

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1          P R O C E E D I N G S

 2          (Begins, 12:30 p.m.)

 3          THE CLERK:  Criminal matter 20-10098, the United

 4     States of America versus Veronica Zea.

 5          THE COURT:  Good morning counsel, or good

 6     afternoon.  Would counsel identify themselves, starting

 7     with the government.

 8          MR. KOSTO:  Assistant United States Attorney Seth

 9     Kosto on behalf of the government, your Honor.  Good

10     afternoon.

11          THE COURT:  Good afternoon.

12          MR. UBHAUS:  And Frank Ubhaus on behalf of

13     Veronica Zea, who is present.

14          THE COURT:  And good afternoon to you both.

15          May I talk to her directly about the presentence

16     report?

17          MR. UBHAUS:  Absolutely.

18          THE COURT:  Ms. Zea, have you read the presentence

19     report that's been prepared in your case?

20          THE DEFENDANT:  Yes.

21          THE COURT:  Have you talked it all over with your

22     attorney?

23          THE DEFENDANT:  Yes.

24          THE COURT:  Do you think you understand it?

25          THE DEFENDANT:  Yes.
```

```
1              THE COURT:  Thank you.
2         Nothing's been withheld from the presentence
3    report under the rules of criminal procedure?
4              PROBATION OFFICER:  No, your Honor.
5              THE COURT:  Very well.
6         This is a sentencing pursuant to 18 United States
7    Code Section 3553(a).  Sentencing in this session of the
8    court really involves four steps and the first three are
9    largely arithmetical.  I calculate the highest sentence
10   that, as I interpret the Constitution of the United
11   States, it would be open to the Court to impose.  I look
12   at the average sentences from the publicly-available
13   databases for sentences for this particular crime.  I do
14   not sentence by any average or algorithm, rather I look
15   there to see what weight to be given to the now-advisory
16   sentencing guidelines.  Finally I calculate accurately,
17   as I am required to by the law, the United States
18   sentencing guidelines.
19        If anyone would differ with any of the Court's
20   calculations, I want you to interrupt me and we will try
21   to resolve that issue.
22        Then we'll turn to the fourth and most important
23   aspect of the proceeding, the -- to devise a fair and a
24   just sentence in Ms. Zea's case.  For that I'll hear the
25   government, I'll hear defense counsel, and I'll hear
```

1    from Ms. Zea if she wishes to be heard from.

2          I neglected to say, or ask Mr. Kosto, do victims

3    wish to be heard in this proceeding?

4          MR. KOSTO:  They are here, your Honor, and they do

5    wish to be heard, your Honor.

6          THE COURT:  And that is their right and they may

7    be heard and we'll do that after the arithmetic portion

8    and prior to argument by counsel.

9          You should also understand that I have read all

10   the papers in this case and, um, the government has made

11   a certain motion in this case, that motion is allowed.

12   That does not signal that the Court adopts the

13   government's recommendation.

14         All right.  With those matters stated, let me, um,

15   first calculate the highest sentence, as I understand

16   the Constitution of the United States, that the Court

17   could impose in this case, and that sentence is the top

18   of the applicable guideline without regard to any

19   mitigating factors.

20         So I have to look at the sentencing guidelines to

21   begin here and, um, here, um, starting on Page 24 of the

22   presentence report, I must look to the sentencing

23   guidelines -- and so if I discount anything that goes to

24   mitigate the sentence, in Count 1 the base offense level

25   is 18, I add two levels because of the pattern of

1   activity involving stalking, threatening, harassing,

2   actions against the same victim.  At the moment we won't

3   consider any adjustments downward for role in the

4   offense.  So that would take us to 20.  And, um, I add

5   another two levels for obstruction of justice, and that

6   takes us to 22.

7          As to, um, the conspiracy, that's, um -- without

8   an adjustment that is also a 20 -- not also a 20, the

9   first is 22, and the greater of the two-above levels is

10  22.  Let me ask the probation for help here.

11         So I'm not taking into account anything that would

12  mitigate that sentence.  So what is the grouping rule if

13  one is at a 22 and the other is at a 20?

14         PROBATION OFFICER:  So what I'm looking at, your

15  Honor, is two separate groups because there's two

16  separate victims --

17         THE COURT:  Understood.

18         PROBATION OFFICER:  -- and they have the same base

19  offense level of 18.  And then if you look at Paragraph

20  157, it explains that they both come out to the adjusted

21  offense level of 20, they're both assigned one unit, um

22  --

23         THE COURT:  But if I don't mitigate it, that's

24  what I'm looking at now, they're at 22, is that not so?

25  And that would take us to 24 then.

1        (Silence.)

2        THE COURT:  Mr. Kosto?

3        MR. KOSTO:  Consistent with the Court's practice,

4   if the Court takes the adjusted offense level in the

5   presentence report of 22, removes the benefit of the

6   minor role adjustment, and removes the typical benefit

7   afforded to a guilty plea, what the Court would have is

8   an offense level for these purposes of 27 and a

9   guidelines range of 70 to 87 months.

10        THE COURT:  Thank you, that's exactly what I

11   wanted to -- I at least wanted the calculation.

12        And therefore the -- an therefore the, um -- the

13   highest sentence the Court could impose upon these two

14   counts statutorily is 5 years, but I could go up to 87

15   months under the Constitution, um, making one of the

16   sentences consecutive.  All right.

17        Actually if we look at the publicly-available

18   databases, there is no statistically-significant group

19   of sentences upon which the United States Sentencing

20   Commission nationwide can advise as to average

21   sentences, and the only times this Court has sentenced

22   for this crime is in this particular case.  I've never

23   faced these crimes before having the responsibility of

24   sentencing in this particular case.  So really there's

25   no average to calculate.

1        The Court now turns to accurately calculating the

2    sentencing guidelines, and I express my thanks to the

3    probation officer here, and we'll take the Victim 1

4    first, um, though there are two groups.

5        The base offense level is 18.  As I said, I add

6    two levels because of the pattern of activity.  Here I

7    do conclude that Ms. Zea was a minor participant.  I

8    subtract two levels.  I add in two levels for

9    obstruction of justice.  That gives us an 18.

10        For, um -- when I look at the, um, conspiracy,

11    that's base offense level 18, I add two levels for the

12    pattern, subtract the two levels for a minor

13    participant, add in two levels for obstruction of

14    justice, and for each of the victims the adjusted

15    offense level is 20.  Two units, brings us up to 22.  I

16    do go down three levels for the guilty plea.  Taking us

17    to an ultimately-adjusted offense level of 19, a

18    criminal history category of 1.

19        So I am advised to, um -- though I can certainly

20    take into account the government's motion, and I will,

21    I'm advised to a sentencing range of not less than 30

22    nor more than 37 months, a period of supervised release

23    of not less than 1 nor more than 3 years, a fine of not

24    less than $10,000, nor more than $100,000, and there

25    must be a special assessment of $200.

1          Are the guidelines, as a matter of arithmetic,

2    accurately calculated, Mr. Kosto?

3          MR. KOSTO:  Yes, your Honor.

4          THE COURT:  Defense counsel?

5          MR. UBHAUS:  Yes, your Honor.

6          THE COURT:  That's the guideline calculation.  I

7    will hear the victims.

8          MR. KOSTO:  Thank you, your Honor.  David and Ina

9    Steiner would each like to address the Court.

10         THE COURT:  And they both may.

11         MS. STEINER:  Thank you, your Honor.

12         Can you hear me okay?

13         THE COURT:  I can hear fine.  Thank you.

14         MS. STEINER:  My name is Ina Steiner, I am Victim

15   1.

16         Defendant Veronica Zea joined ebay's security

17   department in May of 2017 as a contract worker.  The

18   following year, ebay fired Concentric Advisors and hired

19   "Progressive Force Concepts," known as "PFC," which

20   continued to pay her salary while she was placed at

21   ebay.

22         PFC was a company well-known to defendants --

23   co-defendants Jim Baugh and David Harville.  David

24   Harville had collaborated with PFC in the design of a

25   tactical knife that he promoted and sold on his website.

 1          In fact, on August 20th, 2019, just days after

 2     returning to San Jose after Harville had surveilled

 3     David and me in Natick along with defendants Baugh and

 4     Zea, Harville promoted PFC in a social media post

 5     advertising the weapon.

 6          Two years ago Defendant Zea told the New York

 7     Times of the deeply-troubling work environment at ebay,

 8     including a disturbing instance in which defendant Baugh

 9     took a knife and stabbed a chair at ebay headquarters.

10          But Defendant Zea willfully turned a blind eye to

11     those things.  She told the Times her ambition was to be

12     hired by ebay as an employee.

13          But ebay needed to retain some contract workers

14     from PFC to finance the conspiracy.

15          The so-called "off-the-grid" expenditures used by

16     the defendants to terrorize David and me were paid by

17     defendant Zea's PFC-issued credit card.

18          Imagine how two companies, one a publicly-traded

19     company, could finance a campaign the scope of this one

20     that included lavish hotel rooms and Sunday morning

21     brunches -- a $255 funeral wreath, and live spiders and

22     cockroaches, and have it all approved by ebay

23     executives.

24          In a Power Point presentation ebay made to federal

25     prosecutors in March 2021 in its efforts to avoid

1    prosecution, ebay cavalierly referred to PFC's financing

2    as an "expensing loophole."

3         Ebay has swept this troubling financing aspect

4    under the rug as it has done with so many things

5    regarding this case, when instead, it should disclose

6    everything it knows.

7         THE COURT:  Ms. Steiner, I really want to hear

8    everything you have to say, but you will understand that

9    I have this individual here for whom it is my judicial

10   responsibility to fashion a fair and a just individual

11   sentence.  Now I take very much into account the

12   circumstances, all the circumstances, the others

13   involved for whom she was working, what was done, but

14   ebay is not a party to these proceedings, cannot be

15   heard, and has not been heard in these proceedings.

16        I'll hear you.  Go ahead.

17        MS. STEINER:  Thank you, your Honor.

18        It's, um -- it's difficult for us to separate --

19        THE COURT:  I'm not asking you to, I'm simply

20   trying to understand my responsibility here today.

21   There may be other proceedings.  But that's not today.

22   But go ahead.

23        MS. STEINER:  Should I change or --

24        THE COURT:  You may.  You may go right ahead.

25        MS. STEINER:  Okay.  Thank you, your Honor.

1    I think that it's -- employees deserve this and

2    the sellers who use the platform deserve this, and I

3    think the shareholders deserve this.  And I think David

4    and I also have a right to answers about the crimes that

5    have impacted our lives so significantly.

6    On August 20th, 2019, Zea answered her phone at

7    the Ritz Carlton Hotel and told a Natick police

8    detective she would join him in the lobby regarding the

9    activity in Natick involving a car she had rented, but

10   instead, she fled the hotel and immediately flew back

11   home to California.

12   She had hours on the plane to reflect on what had

13   happened.  Instead of doing the right thing, she

14   welcomed her co-conspirators' help as they coached her

15   to lie to investigators.

16   Defendant Zea played an indispensable role in the

17   terrorism campaign against us.

18   In its June 2020 affidavit, the government

19   outlined the conspirators' plan to send gang members to

20   our home.

21   Defendant Zea wrote in her sentencing memo, "Jim

22   Baugh started to explain that defendant Brian Gilbert's

23   recent trip to Southern California to speak with Samoan

24   gang members were related to what we were doing.  He

25   said he had a backup plan to send "thugs" if needed.

1      How could a young woman be okay with listening as

2  her co-defendants dreamed up schemes to send an ordinary

3  middle-aged couple threatening deliveries?  How was she

4  okay with following them around town in rental cars she

5  had reserved and paid for through PFC?  And how could

6  she be okay with sending gang members to their home?

7      Of course I'm also wondering how a former police

8  captain could do such a vial and dangerous thing?

9      Defendant Brian Gilbert called me in August 2019

10 to offer assistance in a doxing and harassment campaign

11 of his employer's making and attempted to ambush me at

12 the Natick Police Department with false dossiers meant

13 to look -- to make us look like a security threat.

14     We would also later learn that defendant Gilbert

15 brushed past us in our driveway during our yard sale in

16 June 2019 as he scoped out our property, two months

17 before he and his colleagues would unleash their full-

18 blown terrorism campaign against us.

19     My life will never be the same.  Even mundane

20 things I took for granted are no longer options, like

21 holding the occasional yard sale.  The thought of being

22 alone at home at night still terrifies me.

23     As difficult as it is to come before a federal

24 judge and attempt to explain how I was impacted, each

25 time I appear brings me forward on a journey, though

1    there will never be a final destination called "normal."

2           By appearing in person before this Court, I can

3    see the people who stalked me who otherwise would remain

4    faceless names on a piece of paper, providing me some

5    level of closure.

6           We are here because of something dark that

7    happened in our lives.  The courtroom is an opportunity

8    to shed light on the darkness, as painful as it is, so

9    we can all seek our way forward.

10          Thank you, your Honor.  And I'd like to request

11   that my victim statement be placed on the docket.

12          THE COURT:  It may be.  It will be received and

13   docketed.

14          MS. STEINER:  Thank you.

15          THE COURT:  Mr. Steiner.

16          MR. STEINER:  Thank you, your Honor.

17          If I could just preface this statement by saying

18   that it's very difficult to separate what happened to us

19   personally from what happened to us as journalists.  So

20   in that spirit, um, my name is David Steiner, I'm Victim

21   Number 2.

22          In August 2019, Ina and I were frantic.  Online

23   threats and disturbing deliveries were coming at a

24   rapid-fire pace.  Our peaceful one-way street turned

25   into a caravan of Natick police cruisers, responding to

incident after incident in our home.  Neighbors were on
edge, and after being tailed twice by strange vehicles
in three days, I knew that whoever was threatening us
online was now right outside our door.  I had no doubt
that Ina's life was in danger, and we were terrified.

We're grateful to the Natick Police Department and
the FBI for taking our reports seriously, stopping the
harassment and pursuing this case.  We are also grateful
to the U.S. Attorney's Office for taking the case as far
as they have.

But on October 11th, this Court had it exactly
right.  This is bigger than what happened to Ina and me.
This is broader than 7 defendants who have pled guilty
to crimes related to cyberstalking and harassment.  The
Court's words that day resonated with me when it said,
"This is one of the most important cases upon which this
Court has every sat.  The skills which defendants
employed to go cyberstalking are an extreme danger, and
when you put those skills to service of some large
corporate entity with economic power to go after
individuals and squash down their speech, we are all at
risk.  All of us."

And those words validated, finally, what Ina and I
have been imploring the government to do for the better
part of three years, to go deeper.  We realized the

larger implication of this case within hours of discovering who was behind our cyberstalking and harassment.

Ebay's actions were a danger to the First Amendment.

But to date, the government has not moved beyond the 7 people who have pled guilty to these horrific crimes.  According to ebay's own internal investigation, Steve Wymer, ebay's former chief communications officer, obstructed the investigation and destroyed evidence.

These were the same charges prosecuted successfully against some of the defendants.  Why was Wymer not indicted?  As we were told, sitting across the table from the U.S. Attorney, he refused to be interviewed by the FBI and the U.S. Attorney.  Wymer has not been held accountable and now holds the position of CEO of the Boys and Girls Clubs of Silicon Valley.

So was former ebay CEO Devin Wenig and Wendy Jones, who oversaw ebay's global intelligence.  For their participation and for creating the culture that allowed this corporate terrorism to occur, they've been rewarded with board seats.

As for defendant Zea, she was a contractor for Progressive Force Concepts and was placed at ebay.  She was clearly in the middle of this conspiracy, which

1    would not have occurred without the financial backing

2    provided by PFC.  Zea's use of PFC funds to facilitate

3    the deliveries, the flights to Boston, hotel rooms,

4    lavish meals, and rental cars, all allowed the

5    conspiracy to continue.  When caught, she quickly tried

6    to hide her trail online by taking down her LinkedIn

7    profile, Facebook page, and Twitter account.  She lied

8    to investigators and obstructed authorities by

9    destroying evidence.

10         Not only did she and her fellow conspirators do

11   untold harm to a person I love dearly, but they also

12   tried to silence our reporting.  This is our livelihood.

13   And in the process, assaulted the most important right a

14   United States citizen is born with.

15         Ina's been portrayed in court filings in the media

16   as a "blogger," or "ebay critic."  She's a journalist.

17   A longtime member of both the Online News Association

18   and Investigative Reporters and Editors.  Her reporting

19   has always been fair, balanced, well-researched, and an

20   immeasurable help to ebay's own customers, the online

21   sellers that fuel the marketplace's success.  To try to

22   stop her reporting is incomprehensible to me.

23         There are many casualties resulting from ebay's

24   actions.  7 people have ruined their lives.  Ebay's own

25   customers, online sellers, have lost trust in the

1    company that they depend on for income.  Our own
2    emotional and financial security has been severely
3    damaged.  And this case has left me cynical about how
4    our justice system works.
5         There's a separate justice for powerful people and
6    mighty corporations.  They can refuse to cooperate or
7    hire outside counsel to "self-investigate" to avoid
8    criminal prosecution.  It's also not lost on me how many
9    former prosecutors were involved in representing the
10   defendants and how many we'll face on the civil side.
11        Last year, Andrew Lelling, the U.S. Attorney whose
12   office charged this case against the 7 defendants did a
13   podcast for his current employer in the private sector
14   along with former Assistant U.S. Attorney Amy Burkhart.
15   The topic of the podcast was, "The Ebay Cyberstalking
16   case:  Mitigating the Compliance Risks of Employee
17   Misconduct."  The two former prosecutors who led this
18   case were now using our nightmare as a marketing tool to
19   drum up corporate clients that might find themselves in
20   the same position as ebay, and in need of a good
21   experienced law firm.
22        The takeaway from me was, how hard is a prosecutor
23   willing to go after a corporation when down the road
24   they might be courting that same company for their
25   business?

1          The First Amendment outlines our most precious

2     right as a U.S. citizen.  It's widely considered our

3     most important constitutional right.  A free press is a

4     vital component to living in a free society.  Without it

5     there's no way to hold up truth to power.

6          Large powerful corporations should not be allowed

7     to use their immense resources to intimidate, threaten,

8     and silence reporters just because they don't like the

9     message.

10         This is the sixth victim impact statement I've

11    given in this case.  The government has stated that this

12    is an ongoing investigation.  I have my doubts.  Ina and

13    I are more than willing to do what is required of us in

14    the event this case is ever fully prosecuted.  It's an

15    obligation we feel deeply as citizens of this country

16    and a responsibility we owe to other journalists.

17         To ignore the larger context of this case is to do

18    so at our own peril.

19         I'd like to thank the Court for considering my

20    words and also request my statement be placed on the

21    docket.

22         THE COURT:  It may be, and I thank you both.

23         MR. STEINER:  Thank you.

24         THE COURT:  All right.  Now we'll turn to the

25    fourth step and we'll start by hearing the government.

1    Mr. Kosto.

2        MR. KOSTO:   Thank you, your Honor.

3        The United States, as mentioned in its memorandum,

4    requests that the Court impose a sentence on Ms. Zea of

5    2 years probation concurrent on each count, with the

6    first year of that sentence to be served in home

7    confinement with the standard exception to permit work

8    and religious observance and medical appointments and

9    similar.   That the Court impose a $5,000 fine and the

10   required $200 special assessment.

11       As we described in our papers, your Honor, Ms. Zea

12   is among the or the least culpable of participants in

13   the conspiracy that's charged in the information in

14   terms of her seniority at ebay, in terms of the actions

15   that she took at the direction of others, in terms of

16   having less visibility into the full scope of the

17   activities that were directed at the Steiners that the

18   Court has just heard about.

19       What I should say, however, your Honor, is that

20   the victims in this case are sitting behind me, or were

21   sitting behind me, they're not next to me.   The

22   defendant, whatever her work environment was at ebay,

23   which the government's taken into account in its

24   sentencing recommendation, um, is not a victim in this

25   case, is someone who knowingly and willfully took part

1   in a campaign that is horrifying, and horrifying for the

2   reasons Mr. Steiner very eloquently articulated, but

3   horrifying objectively on the facts of what was arriving

4   there in boxes and what was arriving on their doorstep.

5   But for the motion that the government filed in this

6   case, the government would be seeking a term of

7   imprisonment for Ms. Zea, as it would have for

8   Mr. Stockwell and as it did for Ms. Popp, Mr. Cook,

9   Mr. Baugh, and Mr. Harville.

10       The government submits that a custodial sentence,

11   however in light of that motion, is not needed in this

12   case to individually deter Ms. Zea, she's spoken at

13   great length about the impact of this case on her in her

14   submission attached to her sentencing letter, which is

15   part of the docket, and the government credits her

16   assessment and the defendant's assessment that it need

17   not worry about individually deterring her.

18       Given the facts of the case, given the, um,

19   seriousness of the offense, the government submits that

20   some general deterrent component is necessary for this

21   sentence even where there is no custodial term and that

22   home confinement portion of the sentence both serves

23   that term so that this is not a -- so that this has a

24   going-forward affect on Ms. Zea's life, and also matches

25   the sentence that the government requested and that the

1    Court imposed on Ms. Stockwell, who in the government's

2    assessment was very similarly culpable in terms of her

3    rank within the organization, and as the government

4    suggested in its memo, this issue of relative power, um,

5    and experience within the conspiracy.

6         The Court is familiar with the roles of former

7    police officers and individuals with 20-plus years

8    experience in the security industry, individuals who

9    have worked in Fortune 500 corporations previously,

10   Mr. Baugh and Mr. Harville, um, Officers Cook and

11   Gilbert, who are both retired police captains, on the

12   one hand, and defendants like Ms. Zea and Ms. Stockwell

13   who were in their first jobs out of college with no

14   relevant experience.  It doesn't take these defendants

15   outside the range of knowing and willful culpability for

16   getting involved in something that was criminally beyond

17   the line, but it mitigates the necessity for the

18   imposition of as serious a sentence that others of the

19   defendants have received in this case.

20        We take into account in our recommendation also

21   the submissions from Ms. Zea's treating medical

22   providers and in the government's assessment her medical

23   and mental health did have a role in the decisions that

24   she made to participate and then obstruct the

25   investigation.

1     Unless the Court has any further questions, that's
2  the reason for the recommendation here.  We've spoken at
3  great length about the seriousness of the offense, we've
4  agreed with the Court on the implications that this case
5  has on First Amendment journalism, Mr. Steiner stated it
6  as well as could be said.  And that alone bespeaks the
7  seriousness of the crime.
8     THE COURT:  Thank you.
9     Mr. Ubhaus.
10     MR. UBHAUS:  Yes, thank you, your Honor.
11     I think we have covered a lot of this ground in
12  our sentencing memorandum --
13     THE COURT:  Which I've read with care and you can
14  be sure of that.
15     MR. UBHAUS:  Yes, and I appreciate it, your Honor,
16  and I appreciate it, as Ms. Zea appreciates the
17  government's recommendation.  We do take exception to
18  the one year of home confinement, and I'll get to that
19  in a moment.
20     As we've pointed out in our papers, Veronica Zea
21  at 25 with no work experience started at ebay
22  encumbered, as the government has recognized, encumbered
23  by some severe mental, emotional, um, psychological
24  issues, but she was full of enthusiasm, she believed
25  this was the start of the work career that she really

1   wanted to have in law enforcement, um, had no

2   experience, no -- now remarkably because of the some

3   health issues, no experience in the work field, really

4   at all, um, taking tickets at a carnival ride, um, and

5   had nothing to compare it with.  After when this all

6   happened, she did get a job at Facebook for a while and

7   realized there's a whole different way of doing these

8   things.

9        Unfortunately she ended up in the security arena

10  at ebay working for Jim Baugh.  And when I got involved

11  in this case, it was hard for me to believe, and I think

12  it's been hard for everybody to believe that something

13  like this could happen.  I mean how in the world could a

14  -- as Mr. Kosto said, a Fortune 500 company, allow this

15  to happen?  They allowed it to happen because they had

16  somebody like Jim Baugh in the position that he was in.

17  And as I think it was Annalese Oleson's letter, which

18  I've attached to my declaration, where she described

19  what working in Jim Baugh's security department was

20  like, and she described it as a "cult."

21       I think as the fellow who was the CEO of

22  Concentric, after they had been fired by Jim Baugh, and

23  he remarked I think in one of the sentencing memoranda,

24  or actually in the news article that covered this, that

25  he saw it as a cult.  That he saw what Jim Baugh and the

1  others, Stephanie Popp and the others were doing,

2  particularly to the young analysts, was conditioning

3  them, and Veronica Zea was a perfect foil for that

4  conditioning.

5       She was -- she was conditioned by Baugh to follow

6  orders, and she was inclined to do that anyway, she was

7  conditioned by Baugh and other executives at ebay -- and

8  I certainly take the Steiners' comments to heart because

9  I feel the same way about the responsibility of people

10  at ebay, because this all came down from the top.  And

11  because it all came down from the top, it was

12  believable.

13       It was believable that to somebody like Veronica

14  Zea, with her lack of experience, it was believable that

15  "Ecommerce Bites," the Steiners' newsletter, did in fact

16  -- at the beginning did in fact present a threat, that

17  it presented a threat to ebay itself, to the ebay

18  employees, to ebay executives.  That's what Jim Baugh

19  conveyed -- and that's what was conveyed to him, but

20  that's what he conveyed to Veronica Zea and she bought

21  it, at least initially.

22       And it was sort of like cooking the fraud because

23  I think the -- initially I think for Veronica she did

24  the few things that Baugh asked her to do, and then

25  realized over time that this was far worse than she had

1    ever realized.  But at that point I think in her

2    condition, in her state, she couldn't get out.

3         But she has -- her life has been literally torn

4    apart by what happened here.  As I said, she was a young

5    woman with a promising future, she now has two federal

6    felony convictions that will stick with her for the rest

7    of her life.

8         She is saddled with guilt and remorse.  I think as

9    she conveyed in her submittal to the Court, and has been

10   conveyed I think very very eloquently by all of the

11   people who have written letters on her behalf, that she

12   has been saddled with guilt and remorse for the last

13   three years.  She has -- the last three years

14   effectively have been on home confinement.

15        She finally, after she lost her job at ebay, then

16   she lost her job at Facebook when the criminal charges

17   were filed, she was then unemployed for 8 months, living

18   at home, and because of her condition, which has been

19   described by a number of her family and friends, she

20   really was unable to go out.  The only job that she got

21   was through a friend of her mother's, a woman who's a

22   dean of Lincoln Law School, who I know, she got her a

23   job as a clerical -- really just to help out, at $25 an

24   hour, and that's all she's been able to do for the last

25   couple of years.

1         She has been -- and this is not in any way to

2    belittle what the Steiners have suffered.  I mean I

3    can't even begin to imagine, nor can Veronica, what

4    they've had to go through.  And hopefully -- and it

5    looks like this may be the last sentencing in this saga,

6    that they can move on from here as well.

7         The -- my concern with the -- I will say that this

8    is one of the most difficult cases in close to 50 years

9    of experience that I've had.  It's hard to understand

10   how it happened.  It's hard to understand a company like

11   ebay.  It's hard to understand how these young women got

12   caught up in this, because we all agree that she

13   shouldn't be here.  But for the circumstances, a number

14   of circumstances that we've outlined in our pleadings

15   and the government has outlined, she wouldn't be here.

16   This was not something she set out to do.

17        She needs the ability to get on with her life.

18   She has -- as I said, she has been -- she's been

19   punished substantially.  Not only the felony

20   convictions, the lack of employment, the inability to go

21   out and really engage with life for the last three

22   years, but for her it's -- from this point going

23   forward, it's starting over, and she's starting over

24   carrying these two felony convictions with her.

25        And I submit, your Honor, that a year of home

1    confinement really doesn't -- I just don't -- I just

2    don't believe that it is -- it is the just and fair

3    sentence that the Court is looking for, given the

4    circumstances, given what's happened to her, given her

5    role in this offense, which is, as the probation office

6    and the government recognizes, the least culpable of all

7    the defendants.  Having another year of home confinement

8    will simply make it just that much more difficult for

9    her to get out and get beyond this -- get beyond this

10   nightmare.

11          So with that, your Honor, unless there are

12   questions for me, Ms. Zea does wish to direct comments

13   to the Court as well as to the Steiners.

14          THE COURT:  And she may.

15          MR. UBHAUS:  Thank you, your Honor.

16          THE COURT:  Ms. Zea, you have the right to talk to

17   me directly.  You are not required to.  But if you want

18   to, I'll hear you now.

19          THE DEFENDANT:  Yes, thank you, your Honor.

20          I'm sorry, I'm not usually emotional in front of

21   others so this might, um, take me a minute.

22          I would like to begin by saying how sorry I am.

23   I've spent a lot of time about worrying about how to

24   convey the full depths of my grief over this, and if I

25   may I'd like to address Mr. and Mrs. Steiner directly?

1          THE COURT:  You may.

2          THE DEFENDANT:  (Turns to Steiners.)  I'm sorry.

3     I'm sorry I played a role in hurting you.

4          (Pulls microphone closer.)

5          Oh, thank you.  I'm a soft speaker.  It haunts me

6     daily.  I would like to give you some context on my

7     involvement because for a few years now I've wanted to

8     apologize and to give you a better understanding on at

9     least one of the people involved in what is being

10    referred to as "The campaign."

11         I was not an eager participant in what occurred, I

12    was not laughing or scheming behind the scenes, I was

13    terrified, um, but I was not brave enough to remove

14    myself from the situation and continue to follow Baugh's

15    instructions.

16         I have PTSD.  I can't sleep.  When I do, I

17    regularly wake up in a cold sweat from nightmares.  I

18    don't trust anyone new.  I've lost chunks of my hair and

19    the ability to cook for myself and have had chronic back

20    and chest pains since the beginning of the year, the

21    weight of the guilt physically weighing me down, and

22    many other things.  I feel like I've died.  I wouldn't

23    wish it on anyone.  And the fact that I likely only feel

24    a fraction of the fear and stress that you have and that

25    I played a part in causing it is killing me.  I am so

1   deeply sorry.  I do not expect forgiveness because I

2   understand you not being able to forgive me.  I don't

3   think I will ever learn to do so myself.

4           (Turns back to court.)

5           Thank you.  What I have learned is to understand

6   my actions a little better.  I know I should have said

7   "No," I know that I should have trusted my instincts,

8   and I knew then too, but I was so scared and felt so

9   helpless.  I didn't know how to remove myself from the

10  situation.

11          I'm not trying to excuse my participation.  I knew

12  that it was wrong.  I would just like to give some

13  explanation in hoping that it can bring the Court some

14  understanding and give the Steiners some information

15  about at least one of the shadowy figures that partook

16  in these actions.

17          When Baugh first told me that he wanted to send

18  items to the Steiners, he explained it as a sort of

19  reciprocation.  He said the Steiners had a history of

20  publishing private information about those who spoke

21  publicly in favor of ebay.

22          He told me the items sent.  Once he showed them

23  how doxing impacted people, he said they'd be fully

24  aware that the items were from ebay and that they

25  wouldn't be scared because they would not expect it.  I

1    think he just knew how to keep me going along.

2         But once it became clear that his actions were far

3    more nefarious, I was desperate to leave, but the way my

4    brain works I couldn't comprehend jumping without the

5    safety net of another job, and I was threatened many

6    times when it seemed that I was looking elsewhere for

7    employment.

8         So I stayed and things got worse.  I witnessed him

9    and others say and do things far beyond my comfort

10   level.  My brain started to work kind of like an optical

11   illusion, I was bending my perception of reality to

12   compensate what I was really seeing, like how our brains

13   sometimes rewire a memory to try to protect us from how

14   awful it was.  My brain was doing that in real-time.

15        Baugh told me that he would destroy anyone that

16   ruined his operation.  He let me know that I now had too

17   much, quote, unquote, "skin in the game to quit," that

18   he would destroy my life and those of others around me.

19   That if he went down for anything, he would be sure to

20   bring me down with him.  I again believed him and felt

21   scared for my family and myself.  I put our safety over

22   the Steiners and I regret it to this day.

23        I feared for myself but I also feared for the

24   three analysts younger than me in the unit.  I felt a

25   sense of protection over them like I needed to protect

1    them from the dangers of Baugh.  I regret that I failed

2    to get help from higher-ups because I thought they were

3    involved in all of this too.  I failed to ensure things

4    were prevented from that point on.

5         I spent my time in Massachusetts scared out of my

6    mind with panic attacks.  It was the worst week of my

7    life.  I was used as a tool for evil and I regret it

8    every day and I hate myself for it.

9         I seem to see Baugh everywhere I go, most days

10   it's like I can hear him calling me terrible names still

11   whenever I make a slight error.  I can't shake the

12   feeling that he's watching me.  I physically run away

13   from men that bear a likeness to him.  I flinch every

14   time I see a car that looks like his.

15        It wasn't until my first proffer with AUSAs that

16   it really dawned on me that there was this First

17   Amendment root of this all, the First Amendment right.

18   Baugh told me we were sending items to send a message.

19   He said we needed to determine if the Steiners were

20   being paid by new members of the board to influence the

21   stock.  He told me it was illegal and we needed to take

22   evidence to the police.

23        I know I should have seen through it, but I was

24   too trusting.  I didn't realize until it was far too

25   late that his ultimate goal was to have it all taken

1   down.  I'm so sorry that I was included in all of this

2   to not respect one of the most precious of human rights.

3   For that I also apologize.

4        I was scared, I feared further mental and physical

5   repercussions, and I simply didn't know how to remove

6   myself.  I'm working every day to build the skills to

7   ensure this never happens again.

8        I so hope that when these sentencing hearings are

9   all done, that the Steiners are able to feel some peace

10   and some semblance of normal.  I hope that I am able to

11   get back -- to get some life back into myself and I can

12   find the energy to again serve others.  One of my

13   strongest desires is to be able to help others.

14        The most important thing in my life to me is my

15   family.  My mom is one of my best friends.  I want to

16   thank her for being here with me today.  I know it's not

17   easy on her and my dad, my sister, and the rest of my

18   family, as well as my boyfriend.  I'm grateful every day

19   that I have such amazing people in my life.  I almost

20   wish I didn't have such a support system because I don't

21   feel like I deserve it.

22        The course of my life has changed mentally and

23   permanently and I'm determined to find a path where I

24   can do good moving forward.

25        Thank you.

1          (Pause.)

2          THE COURT:  Ms. Veronica Zea, in consideration of

3    the offenses of which you stand convicted, the

4    information from the United States Attorney, your

5    attorney, the probation office, and yourself, and

6    pursuant to 18 United States Code Section 3553(a), this

7    Court sentences you to 2 years of probation, the first

8    12 months of your probationary term will be served in

9    home confinement.  You may leave the home to work, for

10   religious observances, you may leave for -- to consult

11   with your attorney, for any medical appointments you may

12   have, but other than that you will be in that home.  The

13   Court imposes upon you a $5,000 fine.  The Court imposes

14   a special assessment, as it is required to, of $200.

15   The sentence on each count runs concurrent, one with the

16   other.

17          Let me explain this sentence to you.  I believe

18   what you said to the Court, I believe that that

19   accurately describes how you view what happened here,

20   and I will say to you, and I have no hesitancy in

21   saying, that it hurt me to hear you say that you do not

22   deserve the support system that you have.  That's not

23   true, Ms. Zea.  You do deserve it, because you are a

24   human being with the rest of your life before you.  And

25   it need not -- it need not be defined by what has

1   happened here, and it's up to you to decide whether it

2   will be so defined.  But you do deserve the love and

3   caring of all those people who care for you.

4       Let's be very clear though.  You are guilty of

5   these two crimes.  You are not the only one that is

6   guilty and my view is considerably different than yours,

7   and I have no hesitancy in saying this.  Your attorney

8   -- and he's done a fine, able, and professional job for

9   you, he says "It's hard to believe that a company,

10  publicly-traded such as this, could engage in such

11  conduct."  I've been privileged to serve as a judicial

12  officer for 44 years.  It is not hard to believe at all.

13      Who was it, Montesquieu, who said that "Power

14  corrupts and absolute power corrupts absolutely"?  We

15  tolerate in this nation great aggregations of economic

16  power.  That power, it has been the experience of this

17  Court, is sometimes abused.  When it is abused, those

18  who abuse it ought be brought to account.  What I said

19  and was referred to in an earlier sentencing is exactly

20  the case.  This is one of the most important -- your

21  case, with this relatively light sentence, is one of the

22  most important cases on which I have ever sat because it

23  exemplifies, it's representative of the misuse of

24  corporate economic power.  You are a part of that.  And

25  it's for other proceedings to adjudicate the legal

1    responsibility, and I express no opinion.  I have the

2    responsibility for sentencing you.  But it's not hard to

3    believe.

4        And I struggle with how it can be, in your case,

5    that you did not realize at the outset -- again your

6    attorney argued this.  I don't fault him for making the

7    argument but it struck me that he said, "Well, you know,

8    this came down from on top and at first it looked all

9    right."  It never looked all right.  When did you learn

10   about the First Amendment, isn't that something they

11   taught before you got out of school?  We're talking

12   about speech.  It is properly said that the First

13   Amendment doesn't protect the speech that we like,

14   that's easy, it protects the speech that we hate.  You

15   should have understood that.  It is no excuse that this

16   was your first job.  And the implications of this case,

17   this particular case, your case, resonate throughout the

18   society.

19       I had another cite in the other -- one of the

20   other sentencings, but I'll cite this that comes to

21   mind.  As I listen to you I think of President Reagan,

22   he said this.  "Freedom is a fragile thing, never more

23   than one generation away from extinction.  It must be

24   fought for and defended in every generation for it comes

25   but once to a people."

1          Now in that quote he uses the word "generation"

2     two times and that includes your generation.  Not just

3     your parent's generation or my generation before that,

4     that includes your generation.  And when it came to you

5     -- and you are saddled with this, there's no getting

6     around it, though I wish you -- and I'm very sincere on

7     this, the very best of life once you get this behind

8     you, but you are saddled with the knowledge that when it

9     came to you you did not fight for or defend the First

10    Amendment for our Constitution, it seems that you did

11    not even recognize it.  That's extraordinarily sad.

12         This is a fair and a just sentence.  You have the

13    right to appeal from any findings or rulings the Court

14    has made against you.  Should you appeal and should your

15    appeal be successful, in whole or in part and the case

16    remanded, you'll be resentenced before another judge.

17    Mr. Ubhaus, if an appeal is decided upon, you want

18    transcript, seek it from this session of the court

19    because I'll turn it around right away.

20         Do you understand?

21         (Interruption by Clerk.)

22    THE COURT:  Oh, the Clerk points out that I have

23    not made mention of the conditions of probation.  They

24    are all the general conditions and the special

25    conditions set forth in the presentence report.  And I

1    thank the Clerk.

2         Mr. Ubhaus, you understand, if you want

3    transcript?

4         MR. UBHAUS:  Yes, no problem, your Honor.

5         THE COURT:  Very well.  That's the sentence of the

6    Court.  We'll stand in recess.

7         (Ends, 1:00 p.m.)

8

9              C E R T I F I C A T E

10

11        I, RICHARD H. ROMANOW, OFFICIAL COURT REPORTER, do

12   hereby certify that the forgoing transcript of the

13   record is a true and accurate transcription of my

14   stenographic notes, before Judge William G. Young, on

15   Thursday, November 3, 2022, to the best of my skill and

16   ability.

17

18

19

20

21   /s/ Richard H. Romanow 12-02-22

22   _____
     RICHARD H. ROMANOW  Date

23

24

25