```
                    UNITED STATES DISTRICT COURT

                  DISTRICT OF MASSACHUSETTS (Boston)


                                           20-cr-10098-WGY




     **************************************
                                           *
     United States vs. Veronica Zea        *    JUDGE'S FINDINGS
                                           *
     **************************************





          BEFORE:   Honorable Judge William G. Young




                         Richard H. Romanow
                       Official Court Reporter
                     United States District Court
                          1 Courthouse Way
                     Boston, Massachusetts 02210

                     Thursday, November 03, 2022
```

1        THE COURT:  Ms. Veronica Zea, in consideration of
2   the offenses of which you stand convicted, the
3   information from the United States Attorney, your
4   attorney, the probation office, and yourself, and
5   pursuant to 18 United States Code Section 3553(a), this
6   Court sentences you to 2 years of probation, the first
7   12 months of your probationary term will be served in
8   home confinement.  You may leave the home to work, for
9   religious observances, you may leave for -- to consult
10  with your attorney, for any medical appointments you may
11  have, but other than that you will be in that home.  The
12  Court imposes upon you a $5,000 fine.  The Court imposes
13  a special assessment, as it is required to, of $200.
14  The sentence on each count runs concurrent, one with the
15  other.
16       Let me explain this sentence to you.  I believe
17  what you said to the Court, I believe that that
18  accurately describes how you view what happened here,
19  and I will say to you, and I have no hesitancy in
20  saying, that it hurt me to hear you say that you do not
21  deserve the support system that you have.  That's not
22  true, Ms. Zea.  You do deserve it, because you are a
23  human being with the rest of your life before you.  And
24  it need not -- it need not be defined by what has
25  happened here, and it's up to you to decide whether it

```
 1    will be so defined.  But you do deserve the love and
 2    caring of all those people who care for you.
 3           Let's be very clear though.  You are guilty of
 4    these two crimes.  You are not the only one that is
 5    guilty and my view is considerably different than yours,
 6    and I have no hesitancy in saying this.  Your attorney
 7    -- and he's done a fine, able, and professional job for
 8    you, he says "It's hard to believe that a company,
 9    publicly-traded such as this, could engage in such
10    conduct."  I've been privileged to serve as a judicial
11    officer for 44 years.  It is not hard to believe at all.
12           Who was it, Montesquieu, who said that "Power
13    corrupts and absolute power corrupts absolutely"?  We
14    tolerate in this nation great aggregations of economic
15    power.  That power, it has been the experience of this
16    Court, is sometimes abused.  When it is abused, those
17    who abuse it ought be brought to account.  What I said
18    and was referred to in an earlier sentencing is exactly
19    the case.  This is one of the most important -- your
20    case, with this relatively light sentence, is one of the
21    most important cases on which I have ever sat because it
22    exemplifies, it's representative of the misuse of
23    corporate economic power.  You are a part of that.  And
24    it's for other proceedings to adjudicate the legal
25    responsibility, and I express no opinion.  I have the
```

1   responsibility for sentencing you.  But it's not hard to
2   believe.
3       And I struggle with how it can be, in your case,
4   that you did not realize at the outset -- again your
5   attorney argued this.  I don't fault him for making the
6   argument but it struck me that he said, "Well, you know,
7   this came down from on top and at first it looked all
8   right."  It never looked all right.  When did you learn
9   about the First Amendment, isn't that something they
10  taught before you got out of school?  We're talking
11  about speech.  It is properly said that the First
12  Amendment doesn't protect the speech that we like,
13  that's easy, it protects the speech that we hate.  You
14  should have understood that.  It is no excuse that this
15  was your first job.  And the implications of this case,
16  this particular case, your case, resonate throughout the
17  society.
18      I had another cite in the other -- one of the
19  other sentencings, but I'll cite this that comes to
20  mind.  As I listen to you I think of President Reagan,
21  he said this.  "Freedom is a fragile thing, never more
22  than one generation away from extinction.  It must be
23  fought for and defended in every generation for it comes
24  but once to a people."
25      Now in that quote he uses the word "generation"

```
 1    two times and that includes your generation.  Not just
 2    your parent's generation or my generation before that,
 3    that includes your generation.  And when it came to you
 4    -- and you are saddled with this, there's no getting
 5    around it, though I wish you -- and I'm very sincere on
 6    this, the very best of life once you get this behind
 7    you, but you are saddled with the knowledge that when it
 8    came to you you did not fight for or defend the First
 9    Amendment for our Constitution, it seems that you did
10    not even recognize it.  That's extraordinarily sad.
11         This is a fair and a just sentence.  You have the
12    right to appeal from any findings or rulings the Court
13    has made against you.  Should you appeal and should your
14    appeal be successful, in whole or in part and the case
15    remanded, you'll be resentenced before another judge.
16    Mr. Ubhaus, if an appeal is decided upon, you want
17    transcript, seek it from this session of the court
18    because I'll turn it around right away.
19         Do you understand?
20         (Interruption by Clerk.)
21         THE COURT:  Oh, the Clerk points out that I have
22    not made mention of the conditions of probation.  They
23    are all the general conditions and the special
24    conditions set forth in the presentence report.  And I
25    thank the Clerk.
```

```
1          Mr. Ubhaus, you understand, if you want
2    transcript?
3          MR. UBHAUS:  Yes, no problem, your Honor.
4          THE COURT:  Very well.  That's the sentence of the
5    Court.  We'll stand in recess.
6          (Ends, 1:00 p.m.)
```